IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

COMMISSIONER OF PATENTS,
Washington, D.C. 20231

C 5 - 1 5 6

DEAR COMMISSIONER:

In compliance with Title 15, Chapter 22, U.S.C., §1116, you are advised that there was filed on the 28th day of July, 2004, in this court an action, No. 04-3561, entitled:

| | | |
|---|---|---|
| NAME | Pharmastem Therapeutics, Inc. | **FILED** |
| ADDRESS | 69 Prospect Avenue | |
| | Larchmont, New York 10538 | JUL 2 8 2004 |
| | | MICHAEL E. KUNZ, Clerk |
| | | By_____ Dep. Clerk |

versus

NAME        Corcell, Inc., et al
ADDRESS    1411 Walnut Street
           Suite 300
           Philadelphia, PA 19102

involving the following registered trademark(s):

Isolation and Preservation of Fetal and Neonatal Hematopietic Stem and Progenitor Cells of the Blood
Patent No. US 6,461,645 B1    Date of Patent October 8, 2002.

Isolation and Preservation of Fetal and Neonatal Hematopietic Stem and Progenitor Cells of the Blood
Patent No. US 6,569,427 B1    Date of Patent May 27, 2003

Date July 28, 2004

By: _Tashia C. Irving_
Tashia C. Irving, Deputy Clerk

civ649.frm

Defendant's continued

Pharmastem Therapeutics, Inc. v. Corcell, Inc., et al
Civil Action No. 04-3561

Molly McBride, MD
650 West Baltimore Pike
West Grove, PA 19390

Carlo M. Croce, MD
111 South 11th Street
Philadelphia, PA 19107