2624

## SUMMONS IN A CIVIL ACTION

| UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA ||
|---|---|
| PHARMASTEM THERAPEUTICS, INC.<br><br>v.<br><br>CORCELL, INC., MOLLY MCBRIDE, MD, an individual, and CARLO M. CROCE, MD, an individual | CIVIL ACTION NO. 04-3561<br><br>TO: (NAME AND ADDRESS OF DEFENDANT)<br><br>CorCell, Inc.<br>1411 Walnut St.,<br>Suite 300<br>Philadelphia, PA<br>19102 |

**YOU ARE HEREBY SUMMONED** and required to serve upon

Plaintiff's Attorney (Name and Address)

Michael D. Lipuma, Esq.
Two Penn Center Plaza
Suite 200
Philadelphia, PA 19102-1706

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| Michael E. Kunz, Clerk of Court | Date: July 28, 2004 |
|---|---|

(By) Deputy Clerk

*Tashia C. Irving*
Tashia C. Irving



AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 8/3/04 |
| NAME OF SERVER (PRINT) Dennis Richman | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Summons & Complaint issued upon Corcell, Inc. was served at 1411 Walnut St., ste. 300, Phila., PA and accepted by Antonia Laferty (Controller).

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/3/04
          *Date*                    *Signature of Server*

Dennis Richman's Services
1617 JFK Blvd., Phila., PA 19103
          *Address of Server*

FILED
AUG 19 2004
MICHAEL E. KUNZ, Clerk
By_____ Dep Clerk

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

21625

## SUMMONS IN A CIVIL ACTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PHARMASTEM THERAPEUTICS, INC.<br><br>v.<br><br>CORCELL, INC., MOLLY MCBRIDE, MD, an individual, and CARLO M. CROCE, MD, an individual | CIVIL ACTION NO. 04-3561<br><br>TO: (NAME AND ADDRESS OF DEFENDANT)<br><br>Dr. Carlo Croce<br>Blumle Life Sciences Bldg.<br>233 South 10th St.<br>10th Floor, Room 1050<br>Philadelphia PA 19107 |

**YOU ARE HEREBY SUMMONED** and required to serve upon

Plaintiff's Attorney (Name and Address)

Michael D. Lipuma, Esq.
Two Penn Center Plaza
Suite 200
Philadelphia, PA 19102-1706

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| Michael E. Kunz, Clerk of Court | Date: July 28, 2004 |
|---|---|

(By) Deputy Clerk

*Tashia C. Irving*
Tashia C. Irving



AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE | 8/12/04 |
| NAME OF SERVER (PRINT) Rich Scollon | TITLE | Process Server |

Check one box below to indicate appropriate method of service

☒ Re: Dr. Carlo Croce
Served personally upon the defendant. Place where served: 233 S. 10th St., Phila., PA
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   8/12/04
                    Date          Signature of Server

Dennis Richman's Services
1617 JFK Blvd., Phila., PA 19103

Address of Server

FILED
AUG 19 2004
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# SUMMONS IN A CIVIL ACTION

| UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA ||
|---|---|
| PHARMASTEM THERAPEUTICS, INC.<br><br>v.<br><br>CORCELL, INC., MOLLY MCBRIDE, MD, an individual, and CARLO M. CROCE, MD, an individual | CIVIL ACTION NO. 04-3561<br><br>TO: (NAME AND ADDRESS OF DEFENDANT)<br><br>*Molly McBride, M.D.*<br>*650 West Baltimore Pike*<br>*West Grove, PA 19390* |

**YOU ARE HEREBY SUMMONED** and required to serve upon

Plaintiff's Attorney (Name and Address)

Michael D. Lipuma, Esq.
Two Penn Center Plaza
Suite 200
Philadelphia, PA 19102-1706

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| Michael E. Kunz, Clerk of Court | Date: July 28, 2004 |
|---|---|
| (By) Deputy Clerk<br><br>*Tashia C. Irving* (signature)<br>Tashia C. Irving | |

05- 156 ③

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 8/13/04 |
| NAME OF SERVER *(PRINT)* <br> Thomas Crean, Jr. | TITLE <br> Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Summons & Complaint issued upon Molly McBride, M.D. was served at 620 Stanton-Christiana Rd., Newark, DE and was accepted by Amber L. (Cust. of Rec.).

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/13/04
                    Date

*Signature of Server*

Dennis Richman's Services
1617 JFK Blvd., ste. 820, Phila., PA

*Address of Server*

FILED
AUG 19 2004
MICHAEL E. KUNZ Clerk
By_____ Dep. Clerk

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.