IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PHARMASTEM THERAPEUTICS, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 2:04-CV-03561-RK |
| CORCELL, INC., et al., | ) |
| Defendants. | ) |

## JOINT STIPULATION

Plaintiff PharmaStem Therapeutics, Inc. ("PharmaStem") and defendant CorCell, Inc. ("CorCell"), by and through their undersigned counsel, do hereby stipulate and agree that defendant CorCell's time to answer, plead or otherwise move to Plaintiff's Complaint shall be extended to and including September 20, 2004.

_____    _____
Michael D. LiPuma (#74790)              James J. Rodgers (#21635)
Law Office of Michael LiPuma           DILWORTH PAXSON LLP
Two Penn Center, Suite 200             3200 Mellon Bank Center
Philadelphia, PA 19103                 1735 Market Street
Attorneys for Plaintiff PharmaStem     Philadelphia, PA 19103
Therapeutics, Inc.                     (215) 575-7143
                                       Attorneys for Defendant Corcell, Inc.

Dated: August 20, 2004

EXTENSION GRANTED AS STIPULATED

MICHAEL E. KUNZ
CLERK

By: _____
Date: 8/24/04   Deputy Clerk

FILED
AUG 23 2004
MICHAEL E. KUNZ, C[lerk]
By _____ Dep. [Clerk]

8/24/04 Mailed J. RODGERS
              C. CROCE
              M. McBRIDE
Faxed 8/24/04: M. LIPUMA

552890_1