RFK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


(5)

| | |
|---|---|
| **PHARMASTEM THERAPEUTICS, INC.** : | 05 - 156 |
| : | |
| : | |
| : | **CIVIL ACTION NO. 04-3561** |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| **CORCELL, INC., MOLLY McBRIDE,** : | |
| **M.D., AND CARLO M. CROCE, M.D.** : |  |
| : | |
| : | |
| Defendants. : | |
| : | |

**PRAECIPE TO ENTER DEFAULT AGAINST DEFENDANT MOLLY MCBRIDE, M.D.**

To the Clerk:

Please enter default against defendant Molly McBride, M.D. pursuant to Fed.R.Civ.P. 55(a).

As reflected in the attached Return of Service, defendant McBride was served with the Summons and Complaint on August 13, 2004. Pursuant to Fed.R.Civ.P. 12, her responsive pleading should have been served on or before September 2, 2004. No responsive pleading has been served by defendant McBride, and no extension has been granted to her.

DATED: 9-8-04    BY: _____
Michael D. LiPuma, Atty. I.D. # 74790
Law Office of Michael LiPuma
Two Penn Center, Suite 200
Philadelphia, PA 19102
Ph: (215) 854-6446

DEFAULT ENTERED
MICHAEL E. KUNZ, Clerk
Date: 9-9-04  By: M. Catta
Deputy Clerk

Mailed 9-9-04 J. RODGERS
C. CROCE
M. McBRIDE

Faxed 9-9-04 M. LIPUMA

1

21026

# SUMMONS IN A CIVIL ACTION

| UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA | |
|---|---|
| PHARMASTEM THERAPEUTICS, INC.<br><br>v.<br><br>CORCELL, INC., MOLLY MCBRIDE, MD, an individual, and CARLO M. CROCE, MD, an individual | CIVIL ACTION NO. 04-3561<br><br>TO: (NAME AND ADDRESS OF DEFENDANT)<br><br>Molly McBride, M.D.<br>650 West Baltimore Pike<br>West Grove, PA 19390 |

**YOU ARE HEREBY SUMMONED** and required to serve upon

Plaintiff's Attorney (Name and Address)

Michael D. Lipuma, Esq.
Two Penn Center Plaza
Suite 200
Philadelphia, PA 19102-1706

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| Michael E. Kunz, Clerk of Court | Date: July 28, 2004 |
|---|---|

(By) Deputy Clerk

*Tashia C. Irving*
Tashia C. Irving

## CERTIFICATE OF SERVICE

I hereby certify that on ___9-8-04___, I served a copy of the foregoing document and all supporting papers by Federal Express upon:

Carlo Croce, M.D.
Blumle Life Sciences Bldg.
233 South 10th Street
10th Floor, Rm. 1050
Philadelphia, PA  19107

Molly McBride, M.D.
620 Stanton-Christiana Road
Newark, DE  19713

James J. Rodgers, Esq.
Dilworth Paxson LLP
3200 Mellon Bank Center
1735 Market Street
Philadelphia, PA  19103



FILED
SEP 0 8 2004
MICHAEL E. KUNZ, Clerk
By ___ Dep. Clerk

_____
Michael D. LiPuma

2