# SUMMONS IN A CIVIL ACTION

21025

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PHARMASTEM THERAPEUTICS, INC.<br><br>v.<br><br>CORCELL, INC., MOLLY MCBRIDE, MD, an individual, and CARLO M. CROCE, MD, an individual | CIVIL ACTION NO. 04-3561<br><br>TO: (NAME AND ADDRESS OF DEFENDANT)<br><br>Dr. Carlo Croce<br>Blumle Life Sciences Bldg.<br>233 South 10th St.<br>10th Floor, Room 1050<br>Philadelphia PA 19107 |

**YOU ARE HEREBY SUMMONED** and required to serve upon

Plaintiff's Attorney (Name and Address)

Michael D. Lipuma, Esq.
Two Penn Center Plaza
Suite 200
Philadelphia, PA 19102-1706

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| | |
|---|---|
| Michael E. Kunz, Clerk of Court | Date: July 28, 2004 |

(By) Deputy Clerk

*Tashia C. Irving*
Tashia C. Irving

AO 440 (Rev 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me | 8/12/04 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Rich Scollon | Process Server |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Re: Dr. Carlo Croce  Place where served: 233 S. 10th St., Phila., PA

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/12/04
          Date            Signature of Server

Dennis Richman's Services
1617 JFK Blvd., Phila., PA 19103

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## SUMMONS IN A CIVIL ACTION

21006

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| PHARMASTEM THERAPEUTICS, INC. | CIVIL ACTION NO. 04-3561 |
|---|---|
| v. | |
| CORCELL, INC., MOLLY MCBRIDE, MD, an individual, and CARLO M. CROCE, MD, an individual | TO: (NAME AND ADDRESS OF DEFENDANT) Molly McBride, M.D. 650 West Baltimore Pike West Grove, PA 19390 |

**YOU ARE HEREBY SUMMONED** and required to serve upon

Plaintiff's Attorney (Name and Address)

Michael D. Lipuma, Esq.
Two Penn Center Plaza
Suite 200
Philadelphia, PA 19102-1706

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| Michael E. Kunz, Clerk of Court | Date: July 28, 2004 |
|---|---|
| (By) Deputy Clerk *Tashia C. Irving* Tashia C. Irving | |

%AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 8/13/04 |
| NAME OF SERVER (PRINT) Thomas Crean, Jr. | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Summons & Complaint issued upon Molly McBride, M.D. was served at 620 Stanton-Christiana Rd., Newark, DE and was accepted by Amber L. (Cust. of Rec.).

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/13/04
           Date

Signature of Server

Dennis Richman's Services
1617 JFK Blvd., ste. 820, Phila., PA

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

SEP-09-2004 10:38   US DISTRICT COURT EDPA                                         P.03

RFK                                                                                    ⑥

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PHARMASTEM THERAPEUTICS, INC. : | |
| : | CIVIL ACTION NO. 04-3561 |
| Plaintiff, : | |
| : | |
| v. : | |
| : | FILED |
| CORCELL, INC., MOLLY McBRIDE, : | |
| M.D., AND CARLO M. CROCE, M.D. : | SEP 0 8 2004 |
| : | MICHAEL E. KUNZ, Clerk |
| Defendants. : | By _____ Dep Clerk |

### PRAECIPE TO ENTER DEFAULT AGAINST DEFENDANT CARLO CROCE, M.D.

To the Clerk:

Please enter default against defendant Carlo Croce, M.D. pursuant to Fed.R.Civ.P. 55(a).

As reflected in the attached Return of Service, defendant Croce was served with the Summons and Complaint on August 12, 2004. Pursuant to Fed.R.Civ.P. 12, his responsive pleading should have been served on or before September 1, 2004. No responsive pleading has been served by defendant Croce, and no extension has been granted to him.

DATED: 9-8-04        BY: _____

Michael D. LiPuma, Atty. I.D. # 74790
Law Office of Michael LiPuma
Two Penn Center, Suite 200
Philadelphia, PA 19102
Ph: (215) 854-6446

DEFAULT ENTERED                    Mailed 9-9-04: J. RODGERS
                                                  C. CROCE -
       MICHAEL E. KUNZ, Clerk                     M. McBRIDE
Date: 9-9-04  By: M. _____
              Deputy Clerk          Faxed 9-9-04: M LIPUMA

1

TOTAL P.03

SEP-09-2004  10:38        US DISTRICT COURT EDPA                                    P.02

RFK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA



PHARMASTEM THERAPEUTICS, INC.         :
                                      :
             Plaintiff,               :    CIVIL ACTION NO. 04-3561
                                      :
        v.                            :
                                      :
CORCELL, INC., MOLLY McBRIDE,         :
M.D., AND CARLO M. CROCE, M.D.        :        FILED
                                      :      SEP 08 2004
             Defendants.              :      MICHAEL E. KUNZ, Clerk
                                      :      By_____ Dep. Clerk

**PRAECIPE TO ENTER DEFAULT AGAINST DEFENDANT MOLLY MCBRIDE, M.D.**

To the Clerk:

Please enter default against defendant Molly McBride, M.D. pursuant to Fed.R.Civ.P. 55(a)

As reflected in the attached Return of Service, defendant McBride was served with the Summons and Complaint on August 13, 2004. Pursuant to Fed.R.Civ.P 12, her responsive pleading should have been served on or before September 2, 2004. No responsive pleading has been served by defendant McBride, and no extension has been granted to her.

DATED: 9-8-04           BY: _____
                        Michael D. LiPuma, Atty. I.D. # 74790
                        Law Office of Michael LiPuma
                        Two Penn Center, Suite 200
                        Philadelphia, PA 19102
                        Ph: (215) 854-6446

DEFAULT ENTERED

        MICHAEL E. KUNZ, Clerk
Date: 9-7-04  By: M. Catte
                   Deputy Clerk



Mailed 9-9-04  J. RODGERS
                C. CROCE
                M. McBride
FaxEd 9-9-04  M. LIPUMA



Why We Chose CorCell, Umbilical Cord Blood & Stem Cell Banking: Testimonials from Doctors

# CorCell

why they chose corcell | strategic alliances | fax | contact us | home

- Doctor Testimonials
- CorCell Customer Testimonials

## Why They Chose CorCell

### Testimonials From Doctors

**Letter From an OBGYN and CorCell Cord Blood Bank Customer:**

Dear CorCell,

I'm writing to you as both a patient and a practitioner to tell you how happy I am with your services. I am an OBGYN who is pregnant with my third child. As a physician I have found your collection kit to be by far the most user-friendly. I am always able to get more than an adequate sample of cord blood with your kit. As a pregnant mother using your services, I have found your stuff to be user-friendly and extremely helpful. My life is busy and CorCell allowed me to be able to save my baby's cord blood with little or no hassle. Thanks for all you do.

Sincerely,
Molly McBride, MD

**Letter from a Cardiovascular Stem Cell Researcher and CorCell Cord Blood Bank Customer:**

Kai Pinkernell, M.D.
Tulane University
New Orleans, 16th December 2002

Beth Ludwin, RN
CorCell, Inc.
1411 Walnut Street, Suite 300
Philadelphia, PA 19102

Dear Beth,

http://www.corcell.com/corcell/doctors.html

9/12/2004

Page 1 of 3