When my wife and I found out that we're going to be a little 'family' of our own in the future we were overwhelmed by that feeling. All the joy and thoughts that were running through our heads astonished us for a while. It is one of the greatest gifts one can receive, and today we both enjoy watching our son Linus growing up.

During the first weeks of my wife's pregnancy there was a lot to think about. Although we both 'planned' to have a child, meaning it was no 'accident', everything seems to be relatively far away until the color of the pregnancy test changes… everything!

Not only joy and happiness came to our minds in the first days but also the feeling of insecurity the question if we would be able to handle all of our new responsibilities and foremost: 'is our unborn child healthy and will everything stay that way?'.

Due to my research on the ability of cells in adult human bone marrow (also often called bone marrow mesenchymal stem cells, not to be confused with embryonic stem cells) to help in the repair of damaged organs, I was aware of the fact that similar potent cells can be found in the cord blood of newborns. So it was clear right from the start that we're not going to waste these precious cells if they might be able to help our child in the future. Research discovers more and more abilities of these cells in the cure of certain diseases and the list grows constantly. And knowing how fast this field of research is evolving the actual capabilities of these cells can only be estimated. In my personal opinion the future of cord blood is very bright, and its use might soon include the treatment of common diseases like heart attack and stroke (which is the hottest field of research right now for the bone marrow derived 'stem' cells). The research also shows that cells which are obtained so early in life retain their plasticity much better than cells from an 'aged' person.

So after all these thoughts it came down to look for a worthy company who could store the cord blood until it is needed (hopefully never, of course).

We started to evaluate about 12 of the major providers of cord blood storage at that time, including public storage facilities. Because we wanted to store our baby's blood as a future gift for him, we wanted to choose a private company that stores the cord blood for the need of our baby only until he is old enough to decide what to do with it. CorCell provided a very professional and immediate response to our questions and the decision in the end for using CorCell was based on several things:

a. Several cord blood units stored at CorCell have already been used for transplantation (which means the cord blood was processed accurately because freezing is one thing but thawing and using for transplantation is another);
b. CorCell uses a packaging of the cord blood that allows multiple usages of smaller portions; why thaw all of the cells if you just need a portion?
c. The cord blood at CorCell is red cell depleted (red cells show no additional benefit in the transplantation process, i.e. for repopulating bone marrow because they do not divide anymore, instead they are metabolically active and deplete the medium they are swimming in [together with the actual cells of interest] of nutrients);

d. The cord blood sampling kit that CorCell provides was easy to use, with a minimal risk of contamination
e. The Courier service was just great: fast and reliable as promised (shipping of viable biological material is not trivial).

So, there is a lot to think about during the time before birth, and nobody prepares the future parents for that. Hopefully the word is spread about the great and promising possibilities of umbilical cord blood and parents-to-be take the chance that they are given only once, even if it is another expense on top of the others (ask the grandparents-to-be for this great gift idea), but most importantly: don't waste these precious cells!

---

**Letter From a Doctor and Current CorCell Stem Cell Banking Customer:**



As a physician and researcher of stem cells and human cancers, I am encouraged with the advances in stem cell therapy — so much so, that I saved my own child's cord blood. And I was particularly impressed with how easy CorCell made the collection. Their procedure and blood storage facility is, in my opinion, the best in the profession.

Carlo M. Croce, MD
Director of the Kimmel Cancer Institute and Kimmel Cancer Center, Thomas Jefferson University
Scientific and Medical Advisory Board, CorCell, Inc.

© Copyright 2004 CorCell - All Rights Reserved - Legal Information - Privacy Policy - Site Map




## LICENSED BANKS

California Cryobank Stem Cell Services
New England Cord Blood Bank
Stembanc
Cord Partners
Cord Blood Family Trust
Securacell
Alpha Cord
Cryobanks International
Newborn Blood Banking
LifeBank USA
CORD
CureSource
Norton Hospitals / Family Link
Hemastem Therapeutics
GeneAngel
Lifestor

## UNLICENSED BANKS

VIACORD
CBR (Cord Blood Registry)
CRYO-CELL International
CORCELL

On October 29, 2003, a Delaware jury unanimously found that two of PharmaStem's pioneering patents, US Patent Nos. 5,004,681 and 5,192,553 were valid and enforceable and that the four defendants, ViaCord, CBR (Cord Blood Registry) Cryo-Cell and Corcell had willfully infringed these patents.

Home | About Us | News Room | Patents | Amnesty Program | Licensing Program | Contact Us

Copyrights 2004-2005 PharmaStem Therapeutics, Inc. All rights reserved.
Site developed by Creative Strategy Group, Inc.

CERTIFICATE OF SERVICE

I hereby certify that on 9-16-04, I served a copy of the foregoing document and all supporting papers by Federal Express upon:

Carlo Croce, M.D.
Blumle Life Sciences Bldg.
233 South 10th Street
10th Floor, Rm. 1050
Philadelphia, PA 19107

Molly McBride, M.D.
620 Stanton-Christiana Road
Newark, DE

James J. Rodgers, Esq.
Dilworth Paxson LLP
3200 Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103

Michael D. LiPuma

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PHARMASTEM THERAPEUTICS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>CORCELL, INC., a Delaware corporation, MOLLY MCBRIDE, MD, an individual, and CARLO M. CROCE, MD, an individual,<br><br>Defendants. | Civil Action No.:04-CV-03651-RK |

**PLAINTIFF PHARMASTEM THERAPEUTICS, INC. 'S [PROPOSED] DEFAULT JUDGMENT AND ENTRY OF PERMANENT INJUNCTION PURSUANT TO 35 U.S.C. §283 AGAINST DEFENDANTS MOLLY MCBRIDE, MD AND CARLO M. CROCE, MD**

Plaintiff PharmaStem Therapeutics, Inc. hereby submits the following [Proposed] Default Judgment and Entry of Permanent Injunction Pursuant to 35 U.S.C. §283 Against Defendants Molly McBride, MD and Carlo M. Croce, MD.

DATED: September 16, 2004

By: ______________________
Michael D. LiPuma, Atty. I.D. #74790
Law Office of Michael LiPuma
Two Penn Center, Suite 200
Philadelphia, PA 19102
Attorneys for Plaintiff
PharmaStem Therapeutics, Inc.

OF COUNSEL:
PAUL J. ANDRE, Bar No. 196585
LISA KOBIALKA, Bar No. 191404
PERKINS COIE LLP
101 Jefferson Drive
Menlo Park, CA 94025-1114
Telephone: (650) 838-4300
Facsimile: (650) 838-4350



**[PROPOSED] DEFAULT JUDGMENT AND ENTRY OF PERMANENT INJUNCTION PURSUANT TO 35 U.S.C. §283 AGAINST DEFENDANTS MOLLY MCBRIDE, MD AND CARLO M. CROCE, MD**

WHEREAS, on September 8, 2004, the clerk of this Court entered a default against defendants Molly McBride and Carlo Croce (collectively "Defendants") for the willful infringement of Plaintiff PharmaStem Therapeutic, Inc.'s ("PharmaStem") U.S. Patent No. 6,569,427 B1 (the "427 Patent").

**IT IS HEREBY ORDERED AND ADJUDGED** as follows:

That default judgment is hereby entered against defendants Molly McBride and Carlo Croce and that such defendants are hereby ordered to pay to Plaintiff PharmaStem reasonable attorney's fees and costs incurred in filing this action, serving Defendants and bringing this application for default judgment.

**IT IS FURTHER ORDERED AND ADJUDGED:**

That defendant Molly McBride and defendant Carlo Croce are hereby **PERMANENTLY ENJOINED AND RESTRAINED** from collecting any umbilical cord blood product for therapeutic use in connection with ViaCell, Inc., Cryo-Cell International, Inc., CorCell, Inc. and/or CBR Systems, Inc. and from promoting the Cord Blood services offered by ViaCell, Inc., Cryo-Cell International, Inc., CorCell, Inc. and/or CBR Systems, Inc.

This Order of Permanent Injunction is effective immediately.

DATED: ________________

______________________________
Kelly, U.S.D.J.