#11
9/23/04

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PHARMASTEM THERAPEUTICS, INC., ) | |
| ) | 05 - 156 |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-CV-3561 |
| ) | |
| CORCELL, INC., ) | |
| ) | |
| Defendants. ) | |

## RULE 7.1 DISCLOSURE OF CORCELL, INC.

Defendant CorCell, Inc. ("CorCell"), hereby states that it is a wholly-owned subsidiary of VITA 34 International, AG ("Vita 34"), a German corporation. No publicly held corporation owns 10% or more of the stock of CorCell or Vita 34.

Respectfully submitted,

_____JR797
James J. Rodgers (21635)
DILWORTH PAXSON LLP
3200 Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103
215-575-7143

Attorneys for Defendant
CorCell, Inc.

556825_1

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2004, a true and correct copy of the foregoing Rule 7.1 Disclosure of CorCell, Inc. was served by first class mail on the following counsel of record:

Michael D. LiPuma, Esq.
Two Penn Center
Suite 200
Philadelphia, PA 19103

Paul J. Andre, Esquire
Perkins Coie, LLP
101 Jefferson Drive
Menlo Park, CA 94025

_____
James J. Rodgers (PA Id. No. 21635) (JR797)

556993_1