#13
filed 10/7/04

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PHARMASTEM THERAPEUTICS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>CORCELL, INC., a Delaware corporation, MOLLY MCBRIDE, MD, an individual, and CARLO M. CROCE, MD, an individual,<br><br>Defendants.<br><br>CORCELL, INC., a Delaware corporation,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>PHARMASTEM THERAPEUTICS, INC., NICHOLAS DIDIER and STEMBANC, INC.,<br><br>Counterclaim-Defendants. | Civil Action No.:2:04-CV-03561-RK<br><br>0 5 - 1 5 6 |

## ANSWER OF PLAINTIFF PHARMASTEM THERAPEUTICS, INC. IN OPPOSITION TO DEFENDANT McBRIDE'S MOTION TO DISMISS

Defendant McBride's Motion to Dismiss PharmaStem's Complaint for Patent Infringement for Lack of Personal Jurisdiction should be denied because McBride fails to allege any facts that would make personal jurisdiction over McBride improper. Based on the correct reading of Federal Circuit law, this Court has *specific* personal jurisdiction over McBride comporting with Pennsylvania's long-arm statute and federal due process. PharmaStem's patent infringement claim against McBride arises out of, or at the very least, relates to, McBride's activities in Pennsylvania. This Court's jurisdiction over McBride is fair and reasonable and McBride has offered no other considerations to find otherwise. Since the Court's exercise of

specific personal jurisdiction over McBride does not offend federal due process, McBride's Motion should be denied.

Further grounds in support of this Answer are set forth in the accompanying Memorandum of Law and Exhibit 1 thereto, which are incorporated by reference herein.

DATED: October 7, 2004          By: _____
                                Michael D. LiPuma, Atty. I.D. #74790
                                Law Office of Michael LiPuma
                                Two Penn Center, Suite 200
                                Philadelphia, PA 19102
                                Attorneys for Plaintiff
                                PharmaStem Therapeutics, Inc.

OF COUNSEL:
PAUL J. ANDRE, Bar No. 196585
LISA KOBIALKA, Bar No. 191404
PERKINS COIE LLP
101 Jefferson Drive
Menlo Park, CA 94025-1114
Telephone: (650) 838-4300
Facsimile: (650) 838-4350