UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PHARMASTEM THERAPEUTICS, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>  v.<br><br>CORCELL, INC., a Delaware corporation, MOLLY MCBRIDE, MD, an individual, and CARLO M. CROCE, MD, an individual,<br><br>            Defendants. | Civil Action No.:2:04-CV-03651-RK |

### PLAINTIFF PHARMASTEM THERAPEUTICS, INC. 'S ANSWER TO MOTION OF DEFENDANTS MOLLY MCBRIDE M.D. AND CARLO M. CROCE, M.D. MOTION TO SET ASIDE AND IN OPPOSITION TO ENTRY OF DEFAULT

Plaintiff PHARMASTEM THERAPEUTICS, INC. ("PharmaStem") hereby opposes the defendants' motion to set aside the default entered by the Clerk of Court on September 8, 2004. the grounds for this Answer are set forth in the accompanying Memorandum of Law and Declaration of Richard Scollon, both of which are incorporated by reference herein.

DATED: October 7, 2004        By: _____
                                                          Michael D. LiPuma, Atty. I.D. #74790
                                                          Law Office of Michael LiPuma
                                                         Two Penn Center, Suite 200
                                                         Philadelphia, PA 19102
                                                         Attorneys for Plaintiff
                                                         PharmaStem Therapeutics, Inc.

OF COUNSEL:
PAUL J. ANDRE, Bar No. 196585
LISA KOBIALKA, Bar No. 191404
PERKINS COIE LLP
101 Jefferson Drive
Menlo Park, CA 94025-1114

100704/1603318[answer to mot to set aside def..DOC]
40923-0004-000000