UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PHARMASTEM THERAPEUTICS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>CORCELL, INC., a Delaware corporation, MOLLY MCBRIDE, MD, an individual, and CARLO M. CROCE, MD, an individual,<br><br>Defendants. | Civil Action No.:04-CV-03561-RK |

## DECLARATION OF RICHARD SCOLLON

RICHARD SCOLLON, of full age, hereby declares as follows:

1. I am an adult individual. I am a process server employed by Dennis Richman's Services for the Professional, Inc.

2. On August 12, 2004, I went to the Blumle Life Sciences Building of Jefferson University, at 233 South 10th Street, 10th Floor, Room 1010, Philadelphia, PA 19107.

3. When I arrived at the office, I told the receptionist I had papers to be served on Carlo Croce.

4. The receptionist responded that Dr. Croce was "walking the halls" and would be back in a few minutes.

5. I waited in the office for a few minutes. A man walked in, and the receptionist said to him: "Dr. Croce, this gentleman is here to see you," or words to that effect. The man identified as Dr. Croce was a caucasian male of medium height and weight of approximately 180 lbs., with brown and gray hair. He was

2

dressed in khaki shorts and a polo-type shirt. I handed him the papers which I had been given to serve upon him. He took the papers, looked at them and said "okay." I then left the office.

I declare under penalty of perjury that the foregoing is true and correct. Executed on ____.

_____
Richard Scollon