UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PHARMASTEM THERAPEUTICS, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>CORCELL, INC., a Delaware corporation, MOLLY MCBRIDE, MD, an individual, and CARLO M. CROCE, MD, an individual,<br><br>            Defendants. | Civil Action No.:2:04-CV-03561-RK |

**[PROPOSED] ORDER TO DENY DEFENDANTS' MOTION TO SET ASIDE ENTRY OF DEFAULT**

AND NOW, this _____ day of _____, 2004, this Court having considered the Motion of Defendants Carlo Croce and Molly McBride to Set Aside the Default entered against them on September 8, 2004; and Plaintiff's Response thereto,

IT IS HEREBY ORDERED AND ADJUDGED as follows:

1.      Croce was properly served on August 12, 2004, in accordance with the Federal and Pennsylvania Rules of Civil Procedure, making his response due on September 1, 2004;

2.      McBride was properly served on August 13, 2004, in accordance with the Federal and Pennsylvania Rules of Civil Procedure, making her response due on September 2, 2004;

3.      Defendants Croce and McBride failed to timely respond to PharmaStem's complaint for patent infringement;

4.      Defendants Croce and McBride failed to show good cause pursuant to Fed. R.

Civ. P. 55(c) to warrant setting aside the default, and as such, the Defendants' motion to set aside the entry of default is denied;

5. PharmaStem's entry of default against Defendants Croce and McBride is not vacated;

6. PharmaStem's Motion for Default Judgment against Defendants Croce and McBride is granted.

By: _____
Kelly, U.S.D.J.