IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PHARMASTEM THERAPEUTICS, INC., :<br>                 Plaintiff, :<br>    v.                           :<br>                          :<br>CORCELL, INC., MOLLY McBRIDE, M.D. :<br>and CARLO M. CROCE, M.D.         :<br>                          :<br>               Defendants. :<br>                          :<br>CORCELL, INC.,                :<br>      Counterclaim-Plaintiff, :<br>                          :<br>    v.                           :<br>                          :<br>PHARMASTEM THERAPEUTICS, INC., :<br>NICHOLAS DIDIER, and STEMBANC, :<br>INC.,                             :<br>                          :<br>     Counterclaim-Defendants. : | Civil Action No. 2:04-CV-03561-RK |

**RULE 7.1 DISCLOSURE OF STEMBANC, INC.**

       Pursuant to Fed. R. Civ.P. 7.1, Counterclaim-Defendant Stembanc, Inc. states that it is partially owned by Plaintiff and Counterclaim-Defendant PharmaStem Therapeutics, Inc. There exist no other corporation that owns 10% or more of the stock of Stembanc, Inc.

Respectfully submitted,

*/s/*
_____
Larry R. Wood, Jr. (72138)
Kathleen A. Mullen (84604)
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
(215) 981-4000

-2-

OF COUNSEL:
Samuel B. Shepherd, Esquire
QUINN EMANUEL URQUHART
 OLIVER & HEDGES, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000

Dated:  October 20, 2004

-2-