UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PHARMASTEM THERAPEUTICS, INC., a
Delaware corporation,

        Plaintiff,

v.

CORCELL, INC., a Delaware corporation,
MOLLY MCBRIDE, MD, an individual, and
CARLO M. CROCE, MD, an individual,

        Defendants.

CORCELL, INC., a Delaware corporation,

        Counterclaim-Plaintiff,

v.

PHARMASTEM THERAPEUTICS, INC.,
NICHOLAS DIDIER and STEMBANC, INC.,

        Counterclaim-Defendants.

Civil Action No.:2:04-CV-03561-RK

**ORDER ADMITTING ULYSSES S. T. HUI PRO HAC VICE**

AND NOW, this _____ day of _____, 2004, this Court having considered the Motion of Plaintiff/Counterclaim Defendant Pharmastem Therapeutics, Inc., to admit Ulysses Hui, Esquire Pro Hac Vice, and any response thereto, it is hereby ORDERED that the Motion is GRANTED. Ulysses Hui, Esquire is hereby admitted Pro Hac Vice to appear on behalf of Plaintiff/Counterclaim Defendant. Michael D. LiPuma, Esquire shall serve as associate counsel for Plaintiff/Counterclaim Defendant.

                                                                                     _____

                                                                                            Kelly, U.S.D.J.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PHARMASTEM THERAPEUTICS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>CORCELL, INC., a Delaware corporation, MOLLY MCBRIDE, MD, an individual, and CARLO M. CROCE, MD, an individual,<br><br>Defendants.<br><br>CORCELL, INC., a Delaware corporation,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>PHARMASTEM THERAPEUTICS, INC., NICHOLAS DIDIER and STEMBANC, INC.,<br><br>Counterclaim-Defendants. | Civil Action No.:2:04-CV-03561-RK |

**DECLARATION OF ULYSSES S.T. HUI, ESQ. IN SUPPORT OF MOTION FOR HIS ADMISSION PRO HAC VICE**

Ulysses S.T. Hui, of full age, hereby declares and states as follows:

1. I am an attorney with the law firm of Perkins Coie, LLP, which is located at 101 Jefferson Drive, Menlo Park, CA 94025. I make this Declaration in support of the Motion to have me admitted pro hac vice in this matter on behalf of Plaintiff and Counterclaim-Defendants, PharmaStem Therapeutics, Inc. and Nicholas Didier.

2. I was admitted to the bar of California in 2003. I am also duly admitted to practice before the United States District Court, Northern District of California.

3. I am a member in good standing of each court in which I have been admitted.

4. I have never been subject to disciplinary action in any jurisdiction in which I have been admitted to practice.

5. I am familiar with and I agree to be bound by the Local Rules of the United States District Court for the Eastern District of Pennsylvania, including Local Rule 83.6, which sets forth Rules of Attorney Conduct.

6. Michael D. LiPuma, who is duly admitted to the bar of this Court, has agreed to serve as associate counsel in this matter on behalf of Plaintiff and Counterclaim-Defendants. All pleadings, motions, notices and other papers may be served on Mr. LiPuma, and Mr. LiPuma will be able to appear on behalf of Plaintiff and Counterclaim-Defendants at all hearings and conferences before the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 14, 2004.

_____
Ulysses S.T. Hui, Esq.

DECLARATION OF ULYSSES S.T. HUI, ESQ.
IN SUPPORT OF MOTION FOR HIS ADMISSION
PRO HAC VICE
CASE NO. 2:04-CV-03561-RK

2

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PHARMASTEM THERAPEUTICS, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>CORCELL, INC., a Delaware corporation, MOLLY MCBRIDE, MD, an individual, and CARLO M. CROCE, MD, an individual,<br><br>    Defendants.<br><br>CORCELL, INC., a Delaware corporation,<br><br>    Counterclaim-Plaintiff,<br><br>  v.<br><br>PHARMASTEM THERAPEUTICS, INC., NICHOLAS DIDIER and STEMBANC, INC.,<br><br>    Counterclaim-Defendants. | Civil Action No.:2:04-CV-03561-RK |

**MOTION FOR ADMISSION OF ULYSSES S.T. HUI, ESQ. PRO HAC VICE**

Plaintiff and Counterclaim-Defendants, PHARMASTEM THERAPEUTICS, INC. ("PharmaStem") and NICHOLAS DIDIER ("Didier") hereby move the Court for the admission of Ulysses S.T. Hui, Esq. pro hac vice. In support of this Motion, Plaintiff and Counterclaim-Defendants state as follows:

1. Plaintiff and Counterclaim-Defendants wish to be represented by Ulysses S.T. Hui, Esq. in this matter.

2. As reflected in the attached Declaration, which is incorporated herein by reference, Mr. Hui is licensed to practice before the courts of California (state and federal).

3. Mr. Hui is in good standing in each jurisdiction in which he has been admitted.

4. Mr. Hui has never been subject to disciplinary action in any jurisdiction.

MOTION FOR ADMISSION OF
ULYSSES S.T., ESQ. PRO HAC VICE
CASE NO. 2:04-CV-03561-RK

5. Mr. Hui is familiar with and agrees to be bound by the Local Rules of the United States District Court for the Eastern District of Pennsylvania, including Local Rule 83.6, which sets forth Rules of Attorney Conduct.

6. Michael D. LiPuma, who is duly admitted to the bar of this Court, has agreed to serve as associate counsel in this matter on behalf of Plaintiff and Counterclaim-Defendants. All pleadings, motions, notices and other papers may be served on Mr. LiPuma, and Mr. LiPuma will be able to appear on behalf of Plaintiff and Counterclaim-Defendants at all hearings and conferences before the Court.

WHEREFORE, pursuant to Local Rule 83.5.2, Plaintiff respectfully requests that Ulysses S.T. Hui, Esq. be permitted to appear in this matter pro hac vice.

**LAW OFFICE OF MICHAEL LIPUMA**

By: /s/
Michael LiPuma, Atty I.D. No 74790
Two Penn Center, Suite 200
Philadelphia, PA 19102
Telephone: (215) 854-6446

**PERKINS & COIE LLP**
Paul J. Andre, Bar No. 196585
Lisa Kobialka, Bar No. 191404
Amanda M. Fox, Bar No. 212939
Ulysses S.T. Hui, Bar No. 225521
101 Jefferson Drive
Menlo Park, CA 94025-1114
Telephone: (650) 838-4300
Facsimile: (650) 838-4350

Attorneys for Plaintiff and Counterclaim-Defendants
PharmaStem Therapeutics, Inc. and Nicholas Didier

MOTION FOR ADMISSION OF
ULYSSES S.T., ESQ. PRO HAC VICE
CASE NO. 2:04-CV-03561-RK

2

[49923-0004/BY042870.148]

## CERTIFICATE OF SERVICE

I hereby certified that on __10-24-04__, I caused to be served a true and correct copy of the foregoing document, together with all supporting papers, by First Class mail upon:

James Rodgers
DILWORTH PAXSON LLP
3200 Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103-7595

_____
Michael D. LiPuma

3

MOTION FOR ADMISSION OF
ULYSSES S.T., ESQ. PRO HAC VICE
CASE NO. 2:04-CV-03561-RK