STANDARD, STAYED

## United States District Court
## Eastern District of Pennsylvania (Philadelphia)
## CIVIL DOCKET FOR CASE #: 2:04-cv-03561-RK

0 5 - 1 5 6

PHARMASTEM THERAPEUTICS, INC. v. CORCELL, INC. et al

Assigned to: HONORABLE ROBERT F. KELLY

Cause: 35:271 Patent Infringement

Date Filed: 07/28/2004
Jury Demand: Plaintiff
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**PHARMASTEM THERAPEUTICS, INC.**



represented by **AMANDA M. FOX**
PERKINS COIE, LLP
101 JEFFERSON DRIVE
MENLO PARK, CA 94025
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**BENJAMIN T. DURANSKE**
PERKINS COIE LLP
101 JEFFERSON DRIVE
MENLO PARK, CA 94025
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**LISA KOBIALKA**
PERKINS COIE, LLP
101 JEFFERSON DRIVE
MENLO PARK, CA 94025
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**MICHAEL D. LIPUMA**
TWO PENN CENTER PLAZA
SUITE 200
PHILADELPHIA, PA 19102-1706
215-854-6446
Fax: 215-636-0862
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**PAUL J. ANDRE**
PERKINS COIE, LLP
101 JEFFERSON DRIVE
MENLO PARK, CA 94025
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**RADHIKA TANDON**
PERKINS COIE LLP
101 JEFFERSON DRIVE
MENLO PARK, CA 94025
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ULYSSES S.T. HUI**
PERKINS COIE, LLP
101 JEFFERSON DRIVE
MENLO PARK, CA 94025
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

CORCELL, INC.                                      represented by **JAMES J. RODGERS**
DILWORTH PAXSON L.L.P.
3200 THE MELLON BANK CENTER
1735 MARKET STREET
PHILADELPHIA, PA 19103
215-575-7000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

MOLLY MCBRIDE                                      represented by **JAMES J. RODGERS**
*MD, AN INDIVIDUAL*                                              (See above for address)

**Defendant**

CARLO M. CROCE                                     represented by **JAMES J. RODGERS**
*MD, AN INDIVIDUAL*                                              (See above for address)

**Counter Claimant**

CORCELL, INC.                                      represented by **JAMES J. RODGERS**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

PHARMASTEM THERAPEUTICS,                           represented by **AMANDA M. FOX**
INC.                                                            (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**BENJAMIN T. DURANSKE**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**LISA KOBIALKA**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**PAUL J. ANDRE**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**RADHIKA TANDON**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ULYSSES S.T. HUI**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**MICHAEL D. LIPUMA**
(See above for address)

**Counter Defendant**

**NICHOLAS DIDIER**                         represented by **BENJAMIN T. DURANSKE**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**RADHIKA TANDON**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**MICHAEL D. LIPUMA**
(See above for address)

**Counter Defendant**

**STEMBANC, INC.**                          represented by **LARRY R. WOOD, JR.**
*TERMINATED: 12/14/2004*                    PEPPER HAMILTON LLP
3000 TWO LOGAN SQUARE
18TH & ARCH STREETS
PHILADELPHIA, PA 19103
215-981-4000
Email: woodl@pepperlaw.com
*TERMINATED: 12/14/2004*

*LEAD ATTORNEY*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/28/2004 | 1 | COMPLAINT against CORCELL, INC., CARLO M. CROCE, MOLLY MCBRIDE ( Filing fee $ 150 receipt number 907407.), filed by PHARMASTEM THERAPEUTICS, INC.(ti, ) Additional attachment(s) added on 7/28/2004 (ti, ). (Entered: 07/28/2004) |
| 07/28/2004 | | Three Original Summons Issued as to CORCELL, INC., CARLO M. CROCE, MOLLY MCBRIDE. Forwarded To: Counsel on 7/28/04 (ti, ) (Entered: 07/28/2004) |
| 07/28/2004 | | DEMAND for Trial by Jury by PHARMASTEM THERAPEUTICS, INC. (ti, ) (Entered: 07/28/2004) |
| 07/28/2004 | 2 | Copy of Form to Commissioner of Patents. (ti, ) (Entered: 07/28/2004) |
| 08/19/2004 | 3 | SUMMONS Returned Executed by PHARMASTEM THERAPEUTICS, INC. re: T. Crean, Jr. served Summons and Complaint upon CORCELL, INC., CARLO M. CROCE, MOLLY MCBRIDE by personal. CORCELL, INC. served on 8/3/2004, answer due 8/23/2004; CARLO M. CROCE served on 8/12/2004, answer due 9/1/2004; MOLLY MCBRIDE served on 8/13/2004, answer due 9/2/2004. (ph, ) (Entered: 08/19/2004) |
| 08/23/2004 | 4 | JOINT Stipulation Extending Time to Answer the complaint. CORCELL, INC. answer due 9/20/2004, with Clerk's approval. (mar, ) (Entered: 08/24/2004) |
| 09/08/2004 | 5 | PRAECIPE to Enter Default Against Defendant MOLLY MCBRIDE, M.D. by PHARMASTEM THERAPEUTICS, INC., Certificate of Service. (mar, ) (Entered: 09/09/2004) |
| 09/08/2004 | 6 | PRAECIPE to Enter Default Against Defendant CARLO CROCE, M.D. by PHARMASTEM THERAPEUTICS, INC., Certificate of Service. (mar, ) (Entered: 09/09/2004) |
| 09/08/2004 | | Default Entered (mar, ) (Entered: 09/09/2004) |
| 09/08/2004 | | DEFAULT BY CARLO M. CROCE, MOLLY MCBRIDE FOR FAILURE TO APPEAR, PLEAD OR OTHERWISE DEFEND. (mar, ) (Entered: 09/09/2004) |
| 09/16/2004 | 7 | MOTION FOR DEFAULT JUDGMENT AS TO DEFENDANTS MOLLY MCBRIDE AND CARLO M. CROCE AND CORCELL, INC. FILED BY PHARMASTEM THERAPEUTICS, INC.,MEMORANDUM, DECLARATION, CERTIFICATE OF SERVICE. (Attachments: # 1 MEMORANDUM# 2 DECLARATION, EXHIBITS, COS# 3 PROPOSED ORDER# 4 LETTER)(mar, ) (Entered: 09/17/2004) |
| 09/20/2004 | 8 | MOTION TO SET ASIDE AND IN OPPOSITION TO ENTRY OF |

| | | DEFAULT FILED BY CARLO M. CROCE, MOLLY MCBRIDE,MEMORANDUM, CERTIFICATE OF SERVICE.(mar, ) Additional attachment(s) added on 9/22/2004 (stb, ). (Entered: 09/21/2004) |
|---|---|---|
| 09/20/2004 | 9 | ANSWER to Plaintiff's Complaint and Counterclaim of CORCELL, INC. by CORCELL, INC., CARLO M. CROCE,Counterclaim of CORCELL, INC., against PHARMASTEM THERAPEUTICS, INC., NICHOLAS DIDIER, and STEMBANC, INC., Affirmative Defenses, Certificate of Service.(mar, ) Additional attachment(s) added on 9/22/2004 (stb, ). (Entered: 09/21/2004) |
| 09/20/2004 | 10 | MOTION TO DISMISS FILED BY MOLLY MCBRIDE,MEMORANDUM, CERTIFICATE OF SERVICE.(mar, ) Additional attachment(s) added on 9/22/2004 (stb, ). (Entered: 09/21/2004) |
| 09/23/2004 | | 2 Original Summons Issued for Counterclaim as to NICHOLAS DIDIER, STEMBANC, INC.. Forwarded To: Counsel on 9/23/04 (mar, ) (Entered: 09/23/2004) |
| 09/23/2004 | 11 | RULE 7.1 Disclosure with Certificate of Service by CORCELL, INC. (mar, ) (Entered: 09/23/2004) |
| 09/30/2004 | 12 | MEMORANDUM of Law in Support of MOTION of Defendants MOLLY MCBRIDE, M.D. and CARLO M. CROCE, M.D. in Opposition to Plaintiff's MOTION for Default Judgment filed by CARLO M. CROCE, MOLLY MCBRIDE, Certificate of Service. (mar, ) (Entered: 10/01/2004) |
| 10/07/2004 | 13 | ANSWER in Opposition to Defendant McBRIDE'S MOTION to Dismiss filed by PHARMASTEM THERAPEUTICS, INC., Memorandum, Certificate of Service. (Attachments: # 1 Memorandum# 2 Order)(mar, ) (Entered: 10/08/2004) |
| 10/07/2004 | 14 | ANSWER to MOTION of Defendants MOLLY MCBRIDE M.D. and CARLO M. CROCE, M.D. to Set Aside and in Opposition to Entry of Default filed by PHARMASTEM THERAPEUTICS, INC., Declaration, Memorandum, Certificate of Service. (Attachments: # 1 Declaration# 2 Memorandum# 3 Order)(mar, ) (Entered: 10/08/2004) |
| 10/12/2004 | 15 | Minute Entry for proceedings held before Judge ROBERT F. KELLY : Motion Hearing held on 10/12/04 Mr. Rodgers argued defendant's motion Mr. LiPuma responded for plaintiff Counsel has 48 hours to submit additional information Court will take matter under advisement and issue decision at a later time. (wgc, ) Modified on 11/4/2004 (wgc, ). (Entered: 10/12/2004) |
| 10/13/2004 | 16 | MOTION TO DISMISS CORCELL, INC.'S COUNTERCLAIMS FILED BY PHARMASTEM THERAPEUTICS, INC.,MEMORANDUM, CERTIFICATE OF SERVICE.(mar, ) Additional attachment(s) added on 10/22/2004 (wgc, ). (Entered: 10/14/2004) |

| 10/20/2004 | 17 | Rule 7.1 Disclosure of Stembanc, Inc. by STEMBANC, INC.(wgc, ) Additional attachment(s) added on 10/22/2004 (mar, ). (Entered: 10/21/2004) |
|---|---|---|
| 10/20/2004 | 18 | MOTION TO DISMISS COUNTERCLAIM-PLAINTIFF'S COUNTERCLAIM FILED BY STEMBANC, INC.,MEMORANDUM, DISCLOSURE, CERTIFICATE OF SERVICE. (Attachments: # 1 CERTIFICATE OF SERVICE)(mar, ) (Entered: 10/21/2004) |
| 10/26/2004 | 19 | ORDER THAT DEFENDANTS' MOLLY MCBRIDE, M.D., AND CARLO M. CROCE, M.D. MOTION TO SET ASIDE DEFAULT IS HEREBY GRANTED. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 55(c) THE CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANTS MOLLY MCBRIDE, M.D. AND CARLO M. CROCE, M.D. IS HEREBY SET ASIDE. DEFENDANT MOLLY MCBRIDE'S MOTION TO DISMISS AND DEFENDANT CARLO M. CROCE'S ANSWER AND AFFIRMATIVE DEFENSES ARE DEEMED TIMELY FILED. IT IS FURTHER ORDERED THAT PLAINTIFF PHARMASTEM THERAPEUTICS, INC.'S MOTION FOR DEFAULT JUDGMENT AS TO DEFENDANDTS MOLLY MCBRIDE AND CARLO M. CROCE IS HEREBY DENIED AS MOOT . SIGNED BY JUDGE ROBERT F. KELLY ON 10/25/04.10/26/04 ENTERED AND COPIES MAILED AND FAXED. (mar, ) (Entered: 10/26/2004) |
| 10/26/2004 | 20 | AFFIDAVIT of Service by PHARMASTEM THERAPEUTICS, INC. re: Thomas J. Crean, Jr. served Summons and Complaint upon AMBER L. on behalf of MOLLY MCBRIDE by Personal Service. (mar, ) (Entered: 10/27/2004) |
| 10/26/2004 | 21 | MOTION fFOR ADMISSION OF LISA KOBIALKA, ESQ. PRO HAC VICE FILED BY NICHOLAS DIDIER, PHARMASTEM THERAPEUTICS, INC., DECLARATION, CERTIFICATE OF SERVICE.(mar, ) (Entered: 10/27/2004) |
| 10/26/2004 | 22 | MOTION FOR ADMISSION OF ULYSSES S.T. HUI, ESQ. PRO HAC VICE FILED BY NICHOLAS DIDIER, PHARMASTEM THERAPEUTICS, INC.,DECLARATION, CERTIFICATE OF SERVICE.(mar, ) (Entered: 10/27/2004) |
| 10/26/2004 | 23 | MOTION FOR ADMISSION OF PAUL J. ANDRE, ESQ. PRO HAC VICE FILED BY NICHOLAS DIDIER, PHARMASTEM THERAPEUTICS, INC., DECLARATION, CERTIFICATE OF SERVICE.(mar, ) (Entered: 10/27/2004) |
| 10/26/2004 | 24 | MOTION FOR ADMISSION OF AMANDA M. FOX, ESQ. PRO HAC VICE FILED BY NICHOLAS DIDIER, PHARMASTEM THERAPEUTICS, INC., DECLARATION, CERTIFICATE OF SERVICE.(mar, ) (Entered: 10/27/2004) |
| 10/27/2004 | 26 | MOTION FOR AN INJUNCTION ENJOINING CORCELL FROM TAKING FURTHER ACTION IN CIVIL ACTION NO. 04-1334-GMS IN THE U.S. DISTRICT COURT FOR THE DISTRICT OF DELAWARE FILED BY PHARMASTEM THERAPEUTICS, |

| | | INC.,MEMORANDUM, CERTIFICATE OF SERVICE. (Attachments: # 1 MEMORANDUM# 2 PROPOSED ORDER# 3 EXHIBITS)(mac, ) (Entered: 10/28/2004) |
|---|---|---|
| 10/27/2004 | 27 | Defendant, Corcell's Memorandum of Law in Opposition to Plaintiff's MOTION to Dismiss with Certificate of Service (wgc, ) Additional attachment(s) added on 10/28/2004 (wgc, ). (Entered: 10/28/2004) |
| 10/28/2004 | 25 | TRANSCRIPT of Proceedings held on 10/12/04 before Judge Robert F. Kelly. (mar, ) (Entered: 10/28/2004) |
| 10/28/2004 | 28 | ORDER THAT THE PARTIES SHALL HAVE 30 DAYS FROM THE DATE OF THIS ORDER TO COMPLETE THE DEPOSITION OF DEFENDANT MOLLY MCBRIDE, M.D., NOT TO EXCEED 90 MINUTES, ON THE ISSUE OF PERSONAL JURISDICTION AND TO SUPPLEMENT THEIR PLEADINGS TO THIS COURT ON DEFENDANT MOLLY MCBRIDE, M.D.'S MOTION TO DISMISS (DOC. NO. 10) . SIGNED BY JUDGE ROBERT F. KELLY ON 10/28/04. 10/29/04 ENTERED AND COPIES MAILED AND FAXED. (mar, ) (Entered: 10/29/2004) |
| 10/28/2004 | 29 | ORDER THAT MOTION FOR LIMITED ADMISSION OF AMANDA M. FOX, ESQUIRE IS GRANTED . SIGNED BY JUDGE ROBERT F. KELLY ON 10/28/04.10/29/04 ENTERED AND COPIES MAILED AND FAXED. (mar, ) (Entered: 10/29/2004) |
| 10/28/2004 | 30 | ORDER THAT MOTION FOR LIMITED ADMISSION OF PAUL J. ANDRE IS GRANTED . SIGNED BY JUDGE ROBERT F. KELLY ON 10/28/04.10/29/04 ENTERED AND COPIES MAILED AND FAXED. (mar, ) (Entered: 10/29/2004) |
| 10/28/2004 | 31 | ORDER THAT MOTION FOR LIMITED ADMISSION OF ULYSSES S.T. HUI IS GRANTED. SIGNED BY JUDGE ROBERT F. KELLY ON 10/28/04.10/29/04 ENTERED AND COPIES MAILED AND FAXED. (mar, ) (Entered: 10/29/2004) |
| 10/28/2004 | 32 | ORDER THAT MOTION FOR LIMITED ADMISSION OF LISA KOBIALKA IS GRANTED . SIGNED BY JUDGE ROBERT F. KELLY ON 10/28/04.10/29/04 ENTERED AND COPIES MAILED AND FAXED. (mar, ) (Entered: 10/29/2004) |
| 10/28/2004 | 33 | MOTION TO DISMISS CORCELL, INC.'S COUNTERCLAIMS FILED BY NICHOLAS DIDIER, MEMORANDUM, REQUEST FOR JUDICIAL NOTICE, CERTIFICATE OF SERVICE. (Attachments: # 1 MEMORANDUM# 2 JUDICIAL NOTICE# 3 ORDER)(mar, ) (Entered: 10/29/2004) |
| 10/28/2004 | 34 | NOTICE of Filing of MOTION to Transfer for Consolidation and Coordination of Pretrial Proceedings in a Single Forum before the Judicial Panel of Multidistrict Litigation by CORCELL, INC., CARLO M. CROCE, MOLLY MCBRIDE, Certificate of Service. (mar, ) (Entered: 10/29/2004) |
| | | |

| 11/03/2004 | 35 | Memorandum of Law in Opposition to Counterclaim Defendant STEMBAC, INC'S Motion to Dismiss filed by CORCELL, INC. Certificate of Service.(stb, ) (Entered: 11/03/2004) |
|---|---|---|
| 11/10/2004 | 36 | COUNTERCLAIM -DEFT. STEMBANC INC.'S MOTION FOR PERMISSION TO FILE REPLY MEMORANDUM OF LAW AND REQUEST FOR ORAL ARGUMENT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 7.1(f) FILED BY STEMBANC, INC., MEMORANDUM, CERTIFICATE OF SERVICE.(ke) (Entered: 11/12/2004) |
| 11/10/2004 | 38 | Defendant Corcell's Memorandum of Law In Opposition to Plaintiff's Motion for Preliminary and Permanent Injunction filed by CORCELL, INC. Certificate of Service(wgc, ) Modified on 11/17/2004 (wgc, ). Additional attachment(s) added on 2/15/2005 (jmp, ). (Entered: 11/15/2004) |
| 11/12/2004 | 37 | MOTION FOR PERMISSION TO FILE REPLY MEMORANDUM OF LAW AND REQUEST FOR ORAL ARGUMENT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 7.1(f) FILE BY STEMBANC, INC.,MEMORANDUM, CERTIFICATE OF SERVICE, REPLY MEMO ATTACHED. (Attachments: # 1 EXHIBIT A# 2 CERTIFICATE OF SERVICE)(mac, ) Modified on 11/16/2004 (mac, ). (Entered: 11/15/2004) |
| 11/15/2004 | 39 | Defendant/Counterclaim Plaintiff Corcell's Memorandum of Law in Opposition to Counterclaim Defendant Nicholas Didier's Motion to Dismiss re 33 MOTION to Dismiss with Certificate of Service (wgc, ) (Entered: 11/16/2004) |
| 11/22/2004 | 40 | PHARMASTEM THERAPEUTICS, INC'S MOTION FOR LEAVE TO FILE REPLY IN FURTHER SUPPORT OF ITS MOTION FOR AN INJUNCTION (REPLY DOCUMENT ATTACHED)CERTIFICATE OF SERVICE. (Attachments: # 1 REPLY# 2 ORDER)(wgc, ) (Entered: 11/23/2004) |
| 11/23/2004 | 41 | MOTION TO STAY PROCEEDINGS FILED BY CORCELL, INC., MOLLY MCBRIDE, CARLO M. CROCE,MEMROANDUM, CERTIFICATE OF SERVICE. (Attachments: # 1 MEMORANDUM# 2 EXHIBIT A# 3 PROPOSED ORDER, CERTIFICATE OF SERVICE) (mac, ) (Entered: 11/24/2004) |
| 11/23/2004 | 42 | MOTION FOR ADMISSION OF RADHIKA TANDON, ESQ. PRO HAC VICE FILED BYPHARMASTEM THERAPEUTICS, INC., NICHOLAS DIDIER,DECLARATION, CE RTIFICATE OF SERVICE. (Attachments: # 1 DECLARATION# 2 PROPOSED ORDER)(mac, ) (Entered: 11/24/2004) |
| 11/23/2004 | 43 | MOTION FOR THE PRO HAC VICE ADMISSION OF BENJAMIN DURANSKE FILED BY PHARMASTEM THERAPEUTICS, INC., NICHOLAS DIDIER,DECLARATION, CERTIFICATE OF SERVICE. (Attachments: # 1 DECLARATION# 2 PROPOSED ORDER)(mac, ) (Entered: 11/24/2004) |

| 11/24/2004 | 44 | Supplemental certificate of service that a true and correct copy of defendants' motion to stay proceed ings was served via hand delivery on November 24,2004 on Larry R. Wood,Jr., Esquire filed by CORCELL, INC., MOLLY MCBRIDE, CARLO M. CROCE. (mac, ) (Entered: 11/26/2004) |
| --- | --- | --- |
| 11/30/2004 | 45 | ORDER THAT PLAINTIFF PHARMASTEM THERAPUTICS, INC.'S MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF ITS MOTION FOR INJUNCTION IS GRANTED AND THE PROPOSED REPLY BRIEF ATTACHED TO PHARMASTEM'S MOTION AS EXHIBIT A IS DEEMED FILED. SIGNED BY JUDGE ROBERT F. KELLY ON 11/30/04. 12/1/04 ENTERED AND COPIES MAILED AND FAXED. (jpd) (Entered: 12/01/2004) |
| 11/30/2004 | 46 | PLAINTIFF PHARMASTEM THERAPEUTICS, INC.'S REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR AN INJUNCTION ENJOINING CORCELL FROM TAKING FURTHER ACTION IN CIVIL AGTION NO. 04-1334-GMS IN THE DISTRICT COURT FOR THE DISTRICT OF DELAWARE. (jpd) (Entered: 12/01/2004) |
| 12/07/2004 | 47 | ORDER THAT THE MOTION FOR LEAVE TO HAVE RADHIKA TANDON, ESQ. APPEAR ON BEHALF OF PHARMASTEM THERAPEUTICS, INC. AND NICHOLAS DIDIER PRO HAC VICE IS GRANTED. SIGNED BY JUDGE ROBERT F. KELLY ON 12/7/04.12/7/04 ENTERED AND COPIES MAILED AND FAXED. (mac, ) (Entered: 12/07/2004) |
| 12/07/2004 | 48 | ORDER THAT THE MOTION FOR LEAVE TO HAVE BENJAMIN DURANSKE. ESQ. TO APPEAR ON BEHALF OF PHARMASTEM THERAPEUTICS, INC. AND NICHOLAS DIDIER PRO HAC VICE IS GRANTED. SIGNED BY JUDGE ROBERT F. KELLY ON 12/7/04.12/7/04 ENTERED AND COPIES MAILED AND FAXED. (mac, ) (Entered: 12/07/2004) |
| 12/08/2004 | 49 | MEMORANDUM of Law in Opposition to Defendants' MOTION to Stay, Certificate of Service filed by STEMBANC, INC.. (le, ) (Entered: 12/09/2004) |
| 12/10/2004 | 50 | PHARMATESM THERAPEUTICS, INC'S AND NICHOLAS DIDIER'S answer to defendants' motion to stay proceedings filed by PHARMASTEM THERAPEUTICS, INC., NICHOLAS DIDIER, brief, certificate of service. (mac, ) (Entered: 12/13/2004) |
| 12/10/2004 | 51 | Plaintiff's supplemental brief in opposition to the motion of defendant MOLLY MCBRIDE to dismiss for lack of personal jurisdiction filed by PHARMASTEM THERAPEUTICS, INC., certificate of service. (mac, ) Additional attachment(s) added on 12/15/2004 (mac, ). (Entered: 12/13/2004) |
| 12/14/2004 | 52 | NOTICE of Voluntary Dismissal by CORCELL, INC., CORCELL, INC. As To Stembanc Inc Certificate of Service(wgc, ) (Entered: 12/15/2004) |
| 12/15/2004 | 53 | MOTION OF DEFENDANTS FOR LEAVE TO FILE REPLY BRIEF |

Case 1:05-cv-00156-GMS    Document 59    Filed 03/28/2005    Page 10 of 10

| | | |
|---|---|---|
| | | IN SUPPORT OF MOTION TO STAY PROCEEDINGS FILED BY CORCELL, INC., MOLLY MCBRIDE, CARLO M. CROCE. (REPLY BRIEF ATTACHED).(mac, ) Additional attachment(s) added on 12/17/2004 (mac, ). (Entered: 12/16/2004) |
| 12/15/2004 | 54 | Supplemental memorandum of law of defendant MOLLY MCBRIDE, M.D. in support of motion to dismiss for lack of personal jurisdiction filed by MOLLY MCBRIDE, certificate of service. (mac, ) (Entered: 12/16/2004) |
| 12/16/2004 | 55 | ORDER THAT DEFENDANTS' MOTION TO STAY PROCEEDINGS IS GRANTED. FURTHER PROCEEDINGS IN THIS CASE ARE STAYED PENDING ACTION OF THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION IN THE CASE IN RE PHARMASTEM THERAPEUTICS, INC. PATENT LITIGATION MDL DOCKET NO. 1660. SIGNED BY JUDGE ROBERT F. KELLY ON 12/16/04.12/17/04 ENTERED AND COPIES MAILED AND FAXED. (mac, ) (Entered: 12/17/2004) |
| 12/21/2004 | 56 | ORDER THAT DEFENDANTS' MOTION FOR LEAVE TO FILE A REPLY BRIEF IN SUPPORT OF THEIR MOTION TO STAY PROCEEDINGS IS GRANTED, AND THE REPLY BRIEF ATTACHED TO THE MOTION AS EXHIBIT A IS DEEMED FILED. SIGNED BY JUDGE ROBERT F. KELLY ON 12/21/04.12/22/04 ENTERED AND COPIES MAILED AND FAXED. (ac, ) (Entered: 12/22/2004) |
| 12/21/2004 | 57 | Defendants' Reply Brief in Support of Motion to Stay Proceedings filed by CORCELL, INC., Certificate of Service. (See Paper No. 53 for Brief and ECF) (ac, ) (Entered: 12/22/2004) |
| 03/16/2005 | 58 | Certified Copy of Order from U.S.D.C. District of Delaware (stb, ) (Entered: 03/17/2005) |
| 03/16/2005 | | Original record together with certified copy of docket entries forwarded to District of DELAWARE. (stb, ) (Entered: 03/24/2005) |