# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PHARMASTEM THERAPEUTICS, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>CORCELL, INC., a Delaware corporation, MOLLY MCBRIDE, MD, an individual, and CARLO M. CROCE, MD, an individual,<br><br>        Defendants.<br><br>CORCELL, INC., a Delaware corporation,<br><br>        Counterclaim-Plaintiff,<br><br>   v.<br><br>PHARMASTEM THERAPEUTICS, INC., NICHOLAS DIDIER and STEMBANC, INC.,<br><br>        Counterclaim-Defendants. | Civil Action No.:2:04-CV-03561-RK |

**PHARMASTEM THERAPEUTICS, INC.'S MOTION FOR AN INJUNCTION ENJOINING CORCELL FROM TAKING FURTHER ACTION IN CIVIL ACTION NO. 04-1334-GMS IN THE U.S. DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

PharmaStem Therapeutics, Inc. ("PharmaStem") respectfully requests that this Court enter an injunction enjoining CorCell, Inc. ("CorCell") from pursuing Civil Action No. 04-1334-GMS in the United States District Court for the District Of Delaware ("Delaware action") because CorCell's claims in that case are either identical to CorCell's counterclaims pending before this Court or closely related to this patent infringement action, which PharmaStem filed several months before CorCell brought its claims in Delaware.

The grounds for this Motion are set forth in the accompanying Memorandum of Law and Exhibit, which are incorporated herein by reference.

DATED: October ___, 2004          By: _____
                                        Michael D. LiPuma, Atty. I.D. #74790
                                        Law Office of Michael LiPuma
                                        Two Penn Center, Suite 200
                                        Philadelphia, PA 19102
                                        Attorneys for Plaintiff
                                        PharmaStem Therapeutics, Inc.

OF COUNSEL:
PAUL J. ANDRE, Bar No. 196585
LISA KOBIALKA, Bar No. 191404
PERKINS COIE LLP
101 Jefferson Drive
Menlo Park, CA  94025-1114
Telephone:  (650) 838-4300
Facsimile:  (650) 838-4350