# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PHARMASTEM THERAPEUTICS, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>  v.<br><br>CORCELL, INC., a Delaware corporation, MOLLY MCBRIDE, MD, an individual, and CARLO M. CROCE, MD, an individual,<br><br>        Defendants.<br><br>CORCELL, INC., a Delaware corporation,<br><br>        Counterclaim-Plaintiff,<br><br>  v.<br><br>PHARMASTEM THERAPEUTICS, INC., NICHOLAS DIDIER and STEMBANC, INC.,<br><br>        Counterclaim-Defendants. | Civil Action No.:2:04-CV-03561-RK |

## [PROPOSED] ORDER GRANTING PHARMASTEM'S MOTION FOR INJUNCTION

      AND NOW, this ____ day of _____, 2004, this Court having considered Plaintiff PharmaStem Therapeutics Inc.'s ("PharmaStem") Motion for an Injunction enjoining CorCell, Inc. ("CorCell") from taking further action in Civil Action No. 04-1334-GMS in the District Court for the District Of Delaware and memorandum in support thereof, and having considered the other materials and arguments presented to the Court in support and opposition thereto,

      IT IS HEREBY ORDERED THAT:

      (a) CorCell is enjoined from taking any further action in Civil Action No. 04-1334-GMS in the District Court for the District of Delaware, including but not limited to appearing at oral

argument, filing any paper not authorized by this Order or subsequent Order of this court, and taking any discovery.

      (b) CorCell must, within one business day, inform the District Court for the District of Delaware of this Court's Injunction by filing this Order in Civil Action No. 04-1334-GMS in the District of Delaware, and serving this Order on all parties to that action.

      (c) CorCell must, within one business day, file a Stipulation of Dismissal in Civil Action No. 04-1334-GMS in the District of Delaware dismiss all claims by CorCell against PharmaStem pending in that Action.

DATED: _____       _____

                                               Kelly, U.S. District Judge

PHARMASTEM THERAPEUTICS, INC.'S MOTION TO DISMISS CORCELL'S COUNTERCLAIMS