IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PHARMASTEM THERAPEUTICS, INC., | : | CIVIL ACTION |
| Plaintiff, | : : : | |
| | : | No. 04-3561 |
| CORCELL, INC., et al. | : : : | |
| Defendants. | : : | |

**ORDER**

**AND NOW**, this  28th  day of October, 2004, after a telephone conference between the Court and the parties, it is hereby ORDERED that the parties shall have thirty (30) days from the date of this order to complete the deposition of Defendant Molly McBride, M.D., not to exceed ninety (90) minutes, on the issue of personal jurisdiction and to supplement their pleadings to this Court on Defendant Molly McBride, M.D.'s Motion to Dismiss (Doc. No. 10)

BY THE COURT:

_____
Robert F. Kelly,                Sr. J.