UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PHARMASTEM THERAPEUTICS, INC., a
Delaware corporation,

      Plaintiff,

v.

CORCELL, INC., a Delaware corporation,
MOLLY MCBRIDE, MD, an individual, and
CARLO M. CROCE, MD, an individual,

      Defendants.

CORCELL, INC., a Delaware corporation,

      Counterclaim-Plaintiff,

v.

PHARMASTEM THERAPEUTICS, INC.,
NICHOLAS DIDIER and STEMBANC, INC.,

      Counterclaim-Defendants.

Civil Action No.:2:04-CV-03561-RK

## NICHOLAS DIDIER'S MOTION TO DISMISS CORCELL, INC.'S COUNTERCLAIMS

Counterclaim-Defendant Nicholas Didier hereby moves the Court to dismiss CorCell, Inc.'s counterclaims against Mr. Didier for lack of personal jurisdiction, subject matter jurisdiction, and for failure to state a cause of action. The grounds for this Motion are set forth in the accompanying Memorandum of Law and Request for Judicial Notice, which are incorporated by reference herein. Further grounds for this Motion are set forth in Plaintiff PharmaStem Therapeutics, Inc.'s Motion to Dismiss CorCell, Inc.'s Counterclaims for lack of subject matter jurisdiction and for failure to state a cause of action, filed October 13, 2004 (Docket Entry #16), which is also incorporated by reference herein.

DATED: October 28, 2004

By: _____
Michael D. LiPuma, Atty. I.D. #74790
Law Office of Michael LiPuma
Two Penn Center, Suite 200
Philadelphia, PA 19102
Attorneys for Plaintiff
PharmaStem Therapeutics, Inc.

OF COUNSEL:
PAUL J. ANDRE, Bar No. 196585
LISA KOBIALKA, Bar No. 191404
PERKINS COIE LLP
101 Jefferson Drive
Menlo Park, CA 94025-1114
Telephone: (650) 838-4300
Facsimile: (650) 838-4350

NICHOLAS DIDIER'S MOTION TO DISMISS CORCELL'S COUNTERCLAIMS