UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PHARMASTEM THERAPEUTICS, INC., a
Delaware corporation,

        Plaintiff,

v.

CORCELL, INC., a Delaware corporation,
MOLLY MCBRIDE, MD, an individual, and
CARLO M. CROCE, MD, an individual,

        Defendants.

CORCELL, INC., a Delaware corporation,

        Counterclaim-Plaintiff,

v.

PHARMASTEM THERAPEUTICS, INC.,
NICHOLAS DIDIER and STEMBANC, INC.,

        Counterclaim-Defendants.

Civil Action No.:2:04-CV-03561-RK

### ORDER RE NICHOLAS DIDIER'S MOTION TO DISMISS CORCELL, INC.'S COUNTERCLAIMS

AND NOW, this _____ day of _____, 2004, this Court having considered Counterclaim-Defendant Nicholas Didier's Motion to Dismiss CorCell, Inc.'s counterclaims against him; and any response thereto; it is hereby ORDERED that the Motion is GRANTED and the counterclaims against Didier are hereby DISMISSED.

_____
Kelly, U.S.D.J.

NICHOLAS DIDIER'S MOTION TO
DISMISS CORCELL'S COUNTERCLAIMS