IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PHARMASTEM THERAPEUTICS, INC., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Civil Action No. 2:04-CV-03561-RK |
| v. | ) |
| | ) |
| CORCELL, INC., MOLLY McBRIDE, M.D. | ) |
| and CARLO M. CROCE, M.D. | ) |
| | ) |
| Defendants. | ) |
| | ) |
| CORCELL, INC., | ) |
| | ) |
| Counterclaim-Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| PHARMASTEM THERAPEUTICS, INC., | ) |
| NICHOLAS DIDIER and STEMBANC, INC., | ) |
| | ) |
| Counterclaim-Defendants. | ) |

## ORDER

AND NOW, this ___ day of _____, 2004, upon consideration of Stembanc, Inc.'s Motion to Dismiss CorCell, Inc's Counterclaims, and CorCell, Inc.'s Opposition thereto, it is hereby ORDERED and DECREED that Stembanc, Inc.'s Motion is DENIED.

BY THE COURT:

_____
J.