IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PHARMASTEM THERAPEUTICS, INC., | : |
|                     Plaintiff, | : |
| v. | : Civil Action No. 2:04-CV-03561-RK |
| CORCELL, INC., MOLLY McBRIDE, M.D. and CARLO M. CROCE, M.D. | : |
|                     Defendants. | : |
| CORCELL, INC., | : |
|                   Counterclaim-Plaintiff, | : |
| v. | : |
| PHARMASTEM THERAPEUTICS, INC., NICHOLAS DIDIER, and STEMBANC, INC., | : |
|                   Counterclaim-Defendants. | : |

## ORDER GRANTING STEMBANC'S MOTION FOR PERMISSION TO FILE REPLY MEMORANDUM OF LAW AND REQUEST FOR ORAL ARGUMENT

AND NOW, this _____ day of _____, upon consideration of Counterclaim-Defendant Stembanc, Inc.'s Motion for Permission to File Reply Memorandum of Law and request for oral argument, and Counterclaim-Plaintiff CorCell Inc.'s response thereto, it is hereby ORDERED that Stembanc's Motion for Permission to File a Reply Memorandum of Law is GRANTED. Stembanc may file and serve its Reply Memorandum of Law attached as Exhibit "A" to its Motion for Permission to File Reply Memorandum of Law.

Additionally, Stembanc's request for oral argument is GRANTED. Stembanc Inc.'s Motion to Dismiss Counterclaims is scheduled for oral argument on _____.

By: _____
       Kelly, U.S.D.J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PHARMASTEM THERAPEUTICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CORCELL, INC., MOLLY McBRIDE, M.D. and CARLO M. CROCE, M.D. <br><br> Defendants. <br><br> CORCELL, INC., <br><br> Counterclaim-Plaintiff, <br><br> v. <br><br> PHARMASTEM THERAPEUTICS, INC., NICHOLAS DIDIER, and STEMBANC, INC., <br><br> Counterclaim-Defendants. | Civil Action No. 2:04-CV-03561-RK |

**COUNTERCLAIM-DEFENDANT STEMBANC INC.'S
MOTION FOR PERMISSION TO FILE REPLY MEMORANDUM OF LAW
AND REQUEST FOR ORAL ARGUMENT PURSUANT
TO LOCAL RULE OF CIVIL PROCEUDRE 7.1(f)**

Counterclaim-Defendant Stembanc, Inc. ("Stembanc"), by and through its undersigned counsel, hereby moves this Court for permission to file a Reply Memorandum of Law in Further Support of its Motion to Dismiss in the form attached hereto as Exhibit "A," for the reasons set forth in the accompanying Memorandum of Law.

Additionally, pursuant to Local Rule of Civil Procedure 7.1(f), Stembanc respectfully requests oral argument on its Motion to Dismiss.

Respectfully submitted,

_____
Larry R. Wood, Jr. (lrw384)
Kathleen A. Mullen
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA  19103-2799
(215) 981-4000

OF COUNSEL:
Samuel B. Shepherd, Esquire
QUINN EMANUEL URQUHART
  OLIVER & HEDGES, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000

Dated:  November 10, 2004

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PHARMASTEM THERAPEUTICS, INC., : | |
| Plaintiff, : | |
| v. : | Civil Action No. 2:04-CV-03561-RK |
| CORCELL, INC., MOLLY McBRIDE, M.D. : and CARLO M. CROCE, M.D. : | |
| Defendants. : | |
| CORCELL, INC., : Counterclaim-Plaintiff, : | |
| v. : | |
| PHARMASTEM THERAPEUTICS, INC., : NICHOLAS DIDIER, and STEMBANC, : INC., : | |
| Counterclaim-Defendants. : | |

**COUNTERCLAIM-DEFENDANT STEMBANC, INC.'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR PERMISSION TO FILE A REPLY**

Counterclaim-Defendant Stembanc, Inc. ("Stembanc"), by and through its undersigned counsel, submits the following Memorandum of Law in Support of its Motion for Permission to file a Reply Memorandum of Law.

**I.     BACKGROUND**

On October 20, 2004, Stembanc filed and served a Motion to Dismiss Counterclaim-Plaintiff's counterclaim. (Docket Entry No. 18). On November 3, 2004, Counterclaim-Plaintiff CorCell, Inc. ("CorCell") filed and served a Memorandum of Law in Opposition to Stembanc's Motion to Dismiss ("Opposition"). (Docket Entry No. 35).

## II. ARGUMENT

Stembanc hereby moves this Court for an Order permitting Stembanc to file a Reply Memorandum of Law in Support of its Motion to Dismiss in order to respond to unanticipated arguments in CorCell's Opposition to Stembanc's Motion to Dismiss ("Opposition"). In particular, CorCell has raised new and factually incorrect arguments concerning whether the U.S. District Court for the District of Delaware made a "final ruling" on whether obstetricians may be liable for infringement of the patents owned by PhamaStem Thereapeutics, Inc. ("PharmaStem"). Furthermore, CorCell implies in its Opposition that Stembanc is legally responsible for statements made by PharmaStem, an allegation that did not appear in CorCell's Answer and Counterclaims. Moreover, CorCell misstates the relevant legal standards governing a motion to dismiss, claiming for example that this Court may not consider cases decided on summary judgment. Finally, CorCell misstates the pleading requirements under the Federal Rules of Civil Procedure as they pertain to its claims under the common law of Pennsylvania. These new, incorrect, and unanticipated arguments were brought to Stembanc's attention for the first time in CorCell's Opposition.

Accordingly, Stembanc requests the opportunity to respond to CorCell's new and unanticipated arguments by filing a Reply Memorandum of Law in the form attached as Exhibit "A" to the instant Motion.

## III. CONCLUSION

For the reasons stated herein, this Court should Order that Stembanc is permitted to file a Reply Memorandum of Law in Further Support of its Motion to Dismiss in the form

attached as Exhibit "A" to the instant Motion and permit oral argument on Stembanc's Motion to Dismiss.

|  |  |
|---|---|
| OF COUNSEL:<br>Samuel B. Shepherd, Esquire<br>QUINN EMANUEL URQUHART<br>  OLIVER & HEDGES, LLP<br>555 Twin Dolphin Drive, Suite 560<br>Redwood Shores, CA 94065<br>(650) 801-5000<br><br>Dated: November 10, 2004 | Respectfully submitted,<br><br>_/s/ Larry R. Wood, Jr._<br>Larry R. Wood, Jr. (lrw384)<br>Kathleen A. Mullen<br>PEPPER HAMILTON LLP<br>3000 Two Logan Square<br>Eighteenth & Arch Streets<br>Philadelphia, PA 19103-2799<br>(215) 981-4000 |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PHARMASTEM THERAPEUTICS, INC., | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | Civil Action No. 2:04-CV-03561-RK |
| CORCELL, INC., MOLLY McBRIDE, M.D. and CARLO M. CROCE, M.D. | : | |
| | : | |
| Defendants. | : | |
| | : | |
| CORCELL, INC., | : | |
| Counterclaim-Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| PHARMASTEM THERAPEUTICS, INC., NICHOLAS DIDIER, and STEMBANC, INC., | : | |
| | : | |
| Counterclaim-Defendants. | : | **ORAL ARGUMENT REQUESTED** |

**SUBSTITUTED EXHIBIT A TO COUNTERCLAIM-DEFENDANT
STEMBANC, INC.'S MOTION FOR PERMISSION TO FILE REPLY
MEMORANDUM OF LAW AND REQUEST FOR ORAL ARGUMENT PURSUANT
TO LOCAL RULE OF CIVIL PROCEDURE 7.1(f)**

**Changes made and reason**
last 7 lines not scanned on page 9

Respectfully submitted,

OF COUNSEL:
Samuel B. Shepherd, Esquire
QUINN EMANUEL URQUHART
  OLIVER & HEDGES, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000

Dated: November 12, 2004

_____  _____

Larry R. Wood, Jr.
Kathleen A. Mullen
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
(215) 981-4000