# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PHARMASTEM THERAPEUTICS, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>  v.<br><br>CORCELL, INC., a Delaware corporation, MOLLY MCBRIDE, MD, an individual, and CARLO M. CROCE, MD, an individual,<br><br>        Defendants.<br><br>CORCELL, INC., a Delaware corporation,<br><br>        Counterclaim-Plaintiff,<br><br>  v.<br><br>PHARMASTEM THERAPEUTICS, INC., NICHOLAS DIDIER and STEMBANC, INC.,<br><br>        Counterclaim-Defendants. | Civil Action No.:2:04-CV-03561-RK |

**PHARMASTEM THERAPEUTICS, INC.'S MOTION FOR LEAVE TO FILE REPLY IN FURTHER SUPPORT OF ITS MOTION FOR AN INJUNCTION**

      Plaintiff/counterclaim defendant PharmaStem Therapeutics, Inc. hereby moves this Court for leave to file a Reply Brief in further support of its Motion for an Injunction. As more fully set forth in the Reply itself, which is attached hereto as Exhibit A, Pharmastem seeks leave to file this Reply to address the inaccuracies set forth in defendant CorCell's Opposition.

      Pursuant to Local Rule 7.1(f), Pharmastem respectfully requests oral argument on its Motion for Injunction.

DATED: November ___, 2004

By: _____
Michael D. LiPuma, Atty. I.D. #74790
Validation Code: ML445
Law Office of Michael LiPuma
Two Penn Center, Suite 200
Philadelphia, PA 19102
Attorneys for Plaintiff
PharmaStem Therapeutics, Inc.

PHARMASTEM THERAPEUTICS, INC'S
MEMORANDUM IN SUPPORT OF ITS
MOTION TO SEVER

[40923-0004-000000/11220409.DOC]

**CERTIFICATE OF SERVICE**

I hereby certify that on _____, I served a copy of the foregoing document and all supporting papers by first class mail upon:

James J. Rodgers, Esq.
Dilworth Paxson LLP
3200 Mellon Bank Center
1735 Market Street
Philadelphia, PA  19103

Kathleen A. Mullen, Esq.
Pepper Hamilton
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA  19103-2799

_____

Michael D. LiPuma

2

PHARMASTEM THERAPEUTICS, INC.'S MOTION TO DISMISS CORCELL'S COUNTERCLAIMS