## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PHARMASTEM THERAPEUTICS, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>CORCELL, INC., a Delaware corporation, MOLLY MCBRIDE, MD, an individual, and CARLO M. CROCE, MD, an individual,<br><br>        Defendants.<br><br>CORCELL, INC., a Delaware corporation,<br><br>        Counterclaim-Plaintiff,<br><br>   v.<br><br>PHARMASTEM THERAPEUTICS, INC., NICHOLAS DIDIER and STEMBANC, INC.,<br><br>        Counterclaim-Defendants. | Civil Action No.:2:04-CV-03561-RK |

### ORDER GRANTING LEAVE TO PLAINTIFF TO FILE REPLY BRIEF IN SUPPORT OF ITS MOTION FOR INJUNCTION

      AND NOW, this ____ day of _____, 2004, this Court having considered the Motion of Plaintiff Pharmastem Therapeutics, Inc. to file a Reply Brief in further support of its Motion for Injunction; and any response thereto; it is hereby ORDERED that the Motion is GRANTED, and the proposed Reply attached to Pharmastem's Motion as Exhibit A is deemed FILED.

                                                                                        By _____
                                                                                            **Kelly, U.S.D.J.**