IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PHARMASTEM THERAPEUTICS, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 2:04-CV-03561-RK |
| CORCELL, INC., et al., MOLLY McBRIDE, M.D. and CARLO M. CROCE, M.D., | ) |
| Defendants, | ) |
| CORCELL, INC., | ) |
| Counterclaim-Plaintiff, | ) |
| v. | ) |
| PHARMASTEM THERAPEUTICS, INC., NICHOLAS DIDIER and STEMBANC, INC., | ) |
| Counterclaim-Defendants. | ) |

### DEFENDANTS' MOTION TO STAY PROCEEDINGS

Defendants CorCell, Inc. ("CorCell"), Molly McBride, M.D. ("McBride") and Carlo M. Croce, M.D. ("Croce") (collectively, "Defendants"), by and through their undersigned attorneys, Dilworth Paxson LLP, hereby move to stay proceedings in this action, pending action of the Judicial Panel on Multidistrict Litigation in the case of *In re PharmaStem Therapeutics, Inc. Patent Litigation*, MDL Docket No. 1660. Defendants seek a stay of all proceedings, except with respect to the Motion to Dismiss of Defendant McBride.

In support of this Motion, the Defendants rely on the accompanying Memorandum of Law, which is submitted herewith and incorporated herein by reference.

564589_1

                                                                                               */s/ James J. Rodgers*  JR797
                                              James J. Rodgers (PA ID No. 21635)
Darryl W. Shorter (PA ID No. 87554)
Dawn N. Zubrick (PA ID No. 90732)
DILWORTH PAXSON LLP
3200 Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103
(215) 575-7000
Attorneys for Defendants

Dated: November 23, 2004

564589_1