IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PHARMASTEM THERAPEUTICS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Civil Action No. 2:04-CV-03561-RK |
| CORCELL, INC., et al., MOLLY McBRIDE, ) | |
| M.D. and CARLO M. CROCE, M.D., ) | |
| ) | |
| Defendants, ) | |
| ) | |
| ) | |
| CORCELL, INC., ) | |
| ) | |
| Counterclaim-Plaintiff, ) | |
| v. ) | |
| ) | |
| PHARMASTEM THERAPEUTICS, INC., ) | |
| NICHOLAS DIDIER and STEMBANC, INC., ) | |
| ) | |
| Counterclaim-Defendants. ) | |

### ORDER

And now, on this _____ day of December, 2004, it is hereby ORDERED AND ADJUDGED THAT:

Defendants' Motion to Stay Proceedings is GRANTED.

All proceedings are stayed pending action of the Judicial Panel on Multidistrict Litigation in the case of *In re PharmaStem Therapeutics, Inc. Patent Litigation*, MDL Docket No. 1660, except with respect to the Motion to Dismiss of Defendant McBride.

_____
Judge

564589_1

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2004, a true and correct copy of the foregoing Defendants' Motion to Stay Proceedings was served by first class mail on the following counsel of record:

>Michael D. LiPuma, Esq.
>Two Penn Center
>Suite 200
>Philadelphia, PA 19103
>
>Paul J. Andre, Esquire
>Perkins Coie, LLP
>101 Jefferson Drive
>Menlo Park, CA 94025

_____
Dawn N. Zubrick (Id. No. 90732)

Document3