**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| PHARMASTEM THERAPEUTICS, INC., a Delaware corporation, | |
| Plaintiff, | Civil Action No. 2:04-CV-03561-RK |
| v. | |
| CORCELL, INC., a Delaware corporation, MOLLY MCBRIDE, MD, an individual, and CARLO M. CROCE, MD, an individual, | |
| Defendants. | |
| CORCELL, INC., a Delaware corporation, | |
| Counterclaim-Plaintiff, | |
| v. | |
| PHARMASTEM THERAPEUTICS, INC., NICHOLAS DIDIER and STEMBANC, INC., | |
| Counterclaim-Defendants. | |

**MOTION FOR ADMISSION OF RADHIKA TANDON, ESQ. PRO HAC VICE**

Plaintiff and Counterclaim-Defendants, PHARMASTEM THERAPEUTICS, INC. ("PharmaStem") and NICHOLAS DIDIER ("Didier") hereby move the Court for the admission of Radhika Tandon, Esq. pro hac vice.  In support of this Motion, Plaintiff and Counterclaim-Defendants state as follows:

1.     Plaintiff and Counterclaim-Defendants wish to be represented by Radhika Tandon, Esq. in this matter.

2.     As reflected in the attached Declaration, which is incorporated herein by reference, Ms. Tandon is licensed to practice before the courts of California (state and federal), Court of Appeals for the Federal Circuit and several U.S. District Courts.

3.     Ms. Tandon is in good standing in each jurisdiction in which she has been admitted.

1      4.     Ms. Tandon has never been subject to disciplinary action in any jurisdiction.

2      5.     Ms. Tandon is familiar with and agrees to be bound by the Local Rules of the

3 United States District Court for the Eastern District of Pennsylvania, including Local Rule 83.6,

4 which sets forth Rules of Attorney Conduct.

5      6.     Michael D. LiPuma, who is duly admitted to the bar of this Court, has agreed to

6 serve as associate counsel in this matter on behalf of Plaintiff and Counterclaim-Defendants.  All

7 pleadings, motions, notices and other papers may be served on Mr. LiPuma, and Mr. LiPuma

8 will be able to appear on behalf of Plaintiff and Counterclaim-Defendants at all hearings and

9 conferences before the Court.

10      WHEREFORE, pursuant to Local Rule 83.5.2, Plaintiff respectfully requests that

11 Radhika Tandon, Esq. be permitted to appear in this matter pro hac vice.

**LAW OFFICE OF MICHAEL LIPUMA**

By:_____
Michael LiPuma, Atty I.D. No 74790
Validation Code: ML445

Two Penn Center, Suite 200
Philadelphia, PA 19102
Telephone: (215) 854-6446

**PERKINS & COIE LLP**
Paul J. Andre, Bar No. 196585
Lisa Kobialka, Bar No. 191404
Amanda M. Fox, Bar No. 212939
Ulysses S.T. Hui, Bar No. 225521
101 Jefferson Drive
Menlo Park, CA  94025-1114
Telephone: (650) 838-4300
Facsimile: (650) 838-4350

Attorneys for Plaintiff and Counterclaim-Defendants
PharmaStem Therapeutics, Inc. and
Nicholas Didier

2

MOTION FOR ADMISSION OF
RADHIKA TANDON, ESQ. PRO HAC VICE
CASE NO. 2:04-CV-03561-RK

1

## **CERTIFICATE OF SERVICE**

2

3      I hereby certified that on _____, I caused to be served a true and correct

4   copy of the foregoing document, together with all supporting papers, by First Class mail upon:

5

6

7                    James Rodgers

8                    DILWORTH PAXSON LLP
3200 Mellon Bank Center
1735 Market Street

9                    Philadelphia,  PA  19103-7595

10

11                   Kathleen Mullen

12                   PEPPER HAMILTON
3000 Two Logan Square

13                   18th and Arch Streets
Philadelphia, PA  19103

14

15

16

17                   _____
Michael D. LiPuma

18

19

20

21

22

23

24

25

26

27

28

3

MOTION FOR ADMISSION OF
RADHIKA TANDON, ESQ. PRO HAC VICE
CASE NO. 2:04-CV-03561-RK