```
1                    UNITED STATES DISTRICT COURT
2                FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| PHARMASTEM THERAPEUTICS, INC., a Delaware corporation, | |
| Plaintiff, | Civil Action No.:2:04-CV-03561-RK |
| v. | |
| CORCELL, INC., a Delaware corporation, MOLLY MCBRIDE, MD, an individual, and CARLO M. CROCE, MD, an individual, | |
| Defendants. | |
| CORCELL, INC., a Delaware corporation, | |
| Counterclaim-Plaintiff, | |
| v. | |
| PHARMASTEM THERAPEUTICS, INC., NICHOLAS DIDIER and STEMBANC, INC., | |
| Counterclaim-Defendants. | |

**DECLARATION OF RADHIKA TANDON, ESQ. IN SUPPORT OF MOTION FOR HER ADMISSION PRO HAC VICE**

Radhika Tandon, of full age, hereby declares and states as follows:

1. I am an attorney with the law firm of Perkins Coie, LLP, which is located at 101 Jefferson Drive, Menlo Park, CA 94025. I make this Declaration in support of the Motion to have me admitted pro hac vice in this matter on behalf of Plaintiff and Counterclaim-Defendants, PharmaStem Therapeutics, Inc. and Nicholas Didier.

2. I was admitted to the bar of California in 2000. I am also duly admitted to practice before the following courts: United States District Court: Northern, Southern, Eastern and Central Districts of California.

---

DECLARATION OF RADHIKA TANDON, ESQ.
IN SUPPORT OF MOTION FOR HIS ADMISSION
PRO HAC VICE
CASE NO. 2:04-CV-03561-RK

3. I am a member in good standing of each court in which I have been admitted.

4. I have never been subject to disciplinary action in any jurisdiction in which I have been admitted to practice.

5. I am familiar with and I agree to be bound by the Local Rules of the United States District Court for the Eastern District of Pennsylvania, including Local Rule 83.6, which sets forth Rules of Attorney Conduct.

6. Michael D. LiPuma, who is duly admitted to the bar of this Court, has agreed to serve as associate counsel in this matter on behalf of Plaintiff and Counterclaim-Defendants. All pleadings, motions, notices and other papers may be served on Mr. LiPuma, and Mr. LiPuma will be able to appear on behalf of Plaintiff and Counterclaim-Defendants at all hearings and conferences before the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 18, 2004.

*Radhika Tandon*
Radhika Tandon, Esq.

DECLARATION OF RADHIKA TANDON, ESQ.
IN SUPPORT OF MOTION FOR HIS ADMISSION
PRO HAC VICE
CASE NO. 2:04-CV-03561-RK