**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| PHARMASTEM THERAPEUTICS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>CORCELL, INC., a Delaware corporation, MOLLY MCBRIDE, MD, an individual, and CARLO M. CROCE, MD, an individual,<br><br>Defendants.<br><br>CORCELL, INC., a Delaware corporation,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>PHARMASTEM THERAPEUTICS, INC., NICHOLAS DIDIER and STEMBANC, INC.,<br><br>Counterclaim-Defendants. | Civil Action No. 2:04-CV-03561-RK |

**MOTION FOR ADMISSION OF BENJAMIN T. DURANSKE, ESQ. PRO HAC VICE**

Plaintiff and Counterclaim-Defendants, PHARMASTEM THERAPEUTICS, INC. ("PharmaStem") and NICHOLAS DIDIER ("Didier") hereby move the Court for the admission of Benjamin T. Duranske, Esq. pro hac vice. In support of this Motion, Plaintiff and Counterclaim-Defendants state as follows:

1. Plaintiff and Counterclaim-Defendants wish to be represented by Benjamin T. Duranske, Esq. in this matter.

2. As reflected in the attached Declaration, which is incorporated herein by reference, Mr. Duranske is licensed to practice before the courts of California (state and federal).

3. Mr. Duranske is in good standing in each jurisdiction in which he has been admitted.

1    4.   Mr. Duranske has never been subject to disciplinary action in any jurisdiction.

2    5.   Mr. Duranske is familiar with and agrees to be bound by the Local Rules of the United States District Court for the Eastern District of Pennsylvania, including Local Rule 83.6, which sets forth Rules of Attorney Conduct.

6.   Michael D. LiPuma, who is duly admitted to the bar of this Court, has agreed to serve as associate counsel in this matter on behalf of Plaintiff and Counterclaim-Defendants. All pleadings, motions, notices and other papers may be served on Mr. LiPuma, and Mr. LiPuma will be able to appear on behalf of Plaintiff and Counterclaim-Defendants at all hearings and conferences before the Court.

WHEREFORE, pursuant to Local Rule 83.5.2, Plaintiff respectfully requests that Benjamin T. Duranske, Esq. be permitted to appear in this matter pro hac vice.

**LAW OFFICE OF MICHAEL LIPUMA**

By:_____
Michael LiPuma, Atty I.D. No 74790

Validation Code: ML445
Two Penn Center, Suite 200
Philadelphia, PA 19102
Telephone: (215) 854-6446

**PERKINS & COIE LLP**
Paul J. Andre, Bar No. 196585
Lisa Kobialka, Bar No. 191404
Amanda M. Fox, Bar No. 212939
Ulysses S.T. Hui, Bar No. 225521
101 Jefferson Drive
Menlo Park, CA 94025-1114
Telephone: (650) 838-4300
Facsimile: (650) 838-4350

Attorneys for Plaintiff and Counterclaim-Defendants
PharmaStem Therapeutics, Inc. and Nicholas Didier

2

MOTION FOR ADMISSION OF
BENJAMIN T. DURANSKE, ESQ. PRO HAC VICE
CASE NO. 2:04-CV-03561-RK

. [40923-0004-000000/duranske pro hac mot.DOC]

**CERTIFICATE OF SERVICE**

I hereby certified that on _____, I caused to be served a true and correct copy of the foregoing document, together with all supporting papers, by First Class mail upon:

James Rodgers
DILWORTH PAXSON LLP
3200 Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103-7595

Kathleen Mullen
PEPPER HAMILTON
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103

Michael D. LiPuma

3

MOTION FOR ADMISSION OF
BENJAMIN T. DURANSKE, ESQ. PRO HAC VICE
CASE NO. 2:04-CV-03561-RK

. [40923-0004-000000/duranske pro hac mot.DOC]