## SUPPLEMENTAL CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2004, a true and correct copy of the foregoing Defendants' Motion to Stay Proceedings was served via hand delivery on the following counsel of record:

Larry R. Wood, Jr., Esquire<br>
Pepper Hamilton LLP<br>
3000 Two Logan Square<br>
Eighteenth and Arch Streets<br>
Philadelphia, PA 19103-2799

                                  Dawn N. Zubrick

Document4