# EXHIBIT A

0 5 -    1 5 6

06/14/2004  13:34  7277230777                CRYOCELL                                    PAGE  01

FROM :                              FAX NO. :                    Apr. 27 2001 02:11PM P2
                                                                          ͏͏͏

# PHARMASTEM

## T H E R A P E U T I C S ,  I N C.

June 1, 2004

Dear Dr. Gold,

We have been asked by concerned colleagues of yours to clarify the legal implications for Obstetricians regarding the collection of umbilical cord blood.

The question raised by your colleagues relates to the Obstetrician's legal liability arising out of infringement of U.S. patents 5,004,681, 5,192,553, 6,461,645, 6,569,427 and 6,605,275 owned by PharmaStem Therapeutics. Patent infringement occurs when a person or institution practices all or part of a patented process. In the case of umbilical cord blood collection by an Obstetrician, the Court ruled that infringement occurs even if the cryopreservation and storage is performed by a third party.

Sensitive to the delicate position you are confronted with, PharmaStem wants to assure you that we have taken all the necessary steps to protect the Obstetricians from any intellectual property infringement liability, provided they work with any one of the following *licensed companies*:

| | | |
|---|---|---|
| Stembanc | LifeBank USA | California Cryobank |
| Cord Blood Family Trust | Family Link | Lifestor |
| StemCyte | Norton Hospitals | New England Cord Blood Bank |
| Newborn Blood Banking | Cord Partners | Alpha Cord |
| Securacell | HemaStem Therapeutics | |

In its license agreements with these cord blood banks, PharmaStem has extended its license to the health care providers under the condition they work with these licensed blood banks:

> *"The license granted shall extend to any medical doctor, nurse, midwife, hospital, clinic,... (collectively, "Health Care Providers"),...involved in the Collection, ...of any Cord Blood,... that will be Cryopreserved, by the licensed Cord Blood Bank ..."*

This language means that as long as you are collecting cord blood for a PharmaStem licensed blood bank, you are not liable for patent infringement.

In October 2003 a Federal jury in the United States Federal Court, District of Delaware unanimously found that ViaCell / ViaCord, CBR Systems, ("Cord Blood Registry"), Cryo-Cell International and CorCell willfully infringe PharmaStem's patents covering the collection, cryopreservation and storage for future therapeutic use of stem cells derived from umbilical cord blood. Following this verdict, PharmaStem has asked the Court to grant a permanent injunction against these companies. An injunction would prevent the infringing companies from continuing their cord blood storage activities.

Scientists at PharmaStem, through its predecessor Biocyte, not only discovered the therapeutic benefits of umbilical cord blood for treatment of certain diseases, but also organized and funded the first successful umbilical cord blood transplant in 1988. If you would like to learn more about PharmaStem Therapeutics and its pioneering patents, visit www.pharmastem.com.

Regards,

Nicholas Didier

Nicholas Didier
CEO & President
PharmaStem Therapeutics, Inc.
ndidier@pharmastem.com

# **EXHIBIT B**

0 5 - 1 5 6

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHARMASTEM THERAPEUTICS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    Civil Action No. 02-148-GMS |
| | ) |
| VIACELL, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

### ORDER

Upon consideration of Defendants' Motion for Injunctive Relief While Court's Ruling on

Post-Trial Motions is Pending, including supporting material and argument, and all Opposition

papers, supporting material and argument, the Court hereby FINDS:

1.    PharmaStem's June 1, 2004 letter to Obstetricians (the "PharmaStem Letter")

contains false and misleading statements concerning this Court's rulings to date. In particular,

the Court finds the following statements in this PharmaStem Letter false and misleading:

A.    "Patent infringement occurs when a person or institute practices all or part

of a patented process." The Court finds this statement is misleading because it is black letter law

that in order to prove contributory infringement of a method patent, the *entire* patented process

must be performed. By suggesting that infringement would occur when only part of a process is

performed, the letter is misleading.

B.    "In the case of umbilical cord blood collection by an obstetrician, the

Court ruled that infringement occurs even if the cryopreservation and storage is performed by a

third party." The Court finds this statement misleading for at least the following reasons. *First*,

the sentence states that "the Court ruled" with respect to the "case" of "umbilical cord blood

collection by an Obstetrician." This Court never made any rulings regarding conduct by

obstetricians. There were no such allegations advanced in the trial of this matter. Second, the

sentence leaves out several important elements that must be proved to show contributory

infringement. This missing elements include:

> (1) that there must be a sale or offer to sell by the party that is
> accused of contributory infringement,
>
> (2) that the party accused of contributory infringement must be
> "acting in concert or working together" with the other parties
> whose combined conduct performed each and every element of the
> patented process, and
>
> (3) that, under §271(c), a sale of a service, as opposed to a sale of a
> tangible physical object, is not sufficient to satisfy the
> requirements of the contributory infringement statute.

The Court finds that without these elements, the statement is misleading.

    2.      PharmaStem is ordered to provide to Defendants within 10 days of this Order a

list of all persons to whom the Letter was sent.

    3.      The Court also hereby ORDERS that PharmaStem is prohibited from making any

further false or misleading communications to obstetricians.

Dated: July 2, 2004

_____
UNITED STATES DISTRICT JUDGE

LJBA/1393915.1



FILED

JUL 2 2004

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2

# EXHIBIT C

0 5 - 1 5 6

August 2, 2004

## PharmaStem Therapeutics Initiates New Lawsuits Against ViaCell, Cryo-Cell International, Cord Blood Registry (CBR Systems), Corcell and Certain Obstetricians to Protect Its Umbilical Cord Blood Stem Cell Patent Rights

August 2, 2004 - PharmaStem Therapeutics, Inc. announced today that it has initiated multiple lawsuits for patent infringement to protect its intellectual property rights relating to umbilical cord blood stem cells. PharmaStem is the successor to Biocyte Corporation, the pioneer in the discovery and development of umbilical cord blood preservation and its therapeutic use. In recognition of its leadership, PharmaStem has received five U.S. Patents to date for its technological advances.

The new lawsuits assert infringement of two recently issued patents, U.S. Patent Nos. 6,569,427 and/or 6,605,275, which relate to the cryopreservation and therapeutic use of umbilical cord blood stem cells. Named in the complaints are the four remaining cord blood banks (ViaCell, Inc., Cryo-Cell International, Inc., CBR Systems, Inc. (Cord Blood Registry), CorCell, Inc.) who have refused to license PharmaStem's patents and certain obstetricians and health care providers who collect umbilical cord blood for these unlicensed cord blood banks.

Nicholas Didier, President and CEO of PharmaStem stated: "While we would prefer not to sue any obstetricians or health care providers, it is important to protect our intellectual property rights for the benefit of our licensees. To date, we have 15 licensed cord blood banks so obstetricians and health care providers have many choices available to them." PharmaStem's license agreements provide a license to obstetricians and health care providers for the collection of umbilical cord blood provided they work with licensed banks.

PharmaStem currently has licensed its patent portfolio to the following cord blood banks:

LifeBank USA
Stembanc
StemCyte / Cord Blood Family Trust
GeneAngel
Newborn Blood Banking
Securacell
Norton Hospitals Family Link
Cord Partners
HemaStem Therapeutics
Lifestor
California Cryobank Stem Cell Services
New England Cord Blood Bank
Alpha Cord
Cryobanks International
CORD – Cryobank for Oncologic and Reproductive Donors

On October 29, 2004, a Delaware jury unanimously found that two of PharmaStem's pioneering patents, US Patent Nos. 5,004,681 and 5,192,553 were valid and enforceable and that the four defendants, ViaCell, Cryo-Cell, Corcell and CBR Systems (Cord Blood Registry) had willfully infringed these patents.

To learn more about PharmaStem Therapeutics please visit www.pharmastem.com or contact Nicholas Didier, CEO, at 914-833-9227 (phone) or ndidier@pharmastem.com.

# EXHIBIT D

1 5 6

Aug 18 2004 11:21AM Cbr                                    8506351459                    p.3
18-18-2004 10:91am Prms-COPY CLUB IRVINE          949 070 2727          T-845  P.002/008  F-181

# PHARMASTEM
### THERAPEUTICS, INC.

69 PROSPECT AVENUE ▪ LARCHMONT, NY 10538
CHIEF EXECUTIVE OFFICER: 914-833-9227
FAX: 914-833-3175

FACSIMILE TRANSMITTAL SHEET

| TO: Dr. Bruce Hagadorn | FROM: Nicholas V. Didier |
|---|---|
| FAX NUMBER: 949-755-0489 | DATE: 8/18/2004 |
| PHONE NUMBER: 949-755-0601 | TOTAL NO. OF PAGES INCLUDING COVER: 5 |
| RE: Proposed Settlement Agreement | |

DEAR DR HAGADORN,

I LEFT YOU A MESSAGE TO CALL REGARDING LEGAL CASE SACV04-921 GLT (ANX) AND WAYS TO SETTLE THIS CASE IN AN AMICAL AND EXPEDITIOUS WAY.

ATTACHED IS A PROPOSED AGREEMENT BETWEEN YOU AND PHARMASTEM AS PLAINTIFF IN WHICH WE AGREE TO RELEASE YOU FROM ALL CHARGES AGAINST YOU AND DISMISS YOU FROM THE CASE PROVIDED YOU AGREE NOT TO COLLECT CORD BLOOD OR MARKET OR OFFER THE SERVICE OF CORD BLOOD COLLECTION IN CONNECTION WITH THE UNLICENSED CORD BLOOD BANKS CBR, VIACORD, CRYO-CELL, CORCELL AND CURESOURCE.

OVER THE LAST FEW DAYS, WE HAVE SIGNED AGREEMENTS WITH A NUMBER OF YOUR COLLEAGUES AND CO-DEFENDANTS AND OFFER YOU THE OPPORTUNITY TO DO LIKEWISE.

AS YOU PROBABLY KNOW, PHARMASTEM HAS LICENSES WITH FIFTEEN CORD BLOOD BANKS SO YOU DEFINITELY HAVE A CHOICE WHOM TO WORK WITH IN THE FUTURE.

IF THE ATTACHED IS ACCEPTABLE TO YOU, PLEASE SIGN AND DATE ON PAGE 2, INITIAL AND DATE ALL PAGES AND FAX BACK TO US AT 914-833-3175. WE THEN WILL EXECUTE THE AGREEMENT AND TAKE CARE OF THE DISMISSAL.

IF YOU HAVE ANY QUESTIONS REGARDING THIS MATTER, PLEASE DO NOT HESITATE TO CALL ME DIRECTLY AT 914-833-9227

YOURS SINCERELY,

NICHOLAS DIDIER

Aug 18 2004 11:21AM  Cbr                            6508351459              P.4
08-18-2004 10:01am  From-COPY CLUB IRVINE                949 073 2727     T-845  P.008/008  F-101

## AGREEMENT

This is an Agreement (the "Agreement"), entered into as of August 18, 2004, between PharmaStem Therapeutics, Inc., a Delaware corporation located at 69 Prospect Avenue, Larchmont, New York 10538 ("PharmaStem"), and Bruce Hagadorn ("Defendant"), a physician having an address of 16300 Sand Canyon Avenue, Suite 311, Irvine, CA 92618.

In consideration of the promises and covenants contained herein, the parties agree as follows:

## TERMS AND CONDITIONS

1.  **Definitions.** The terms defined below shall have the meanings defined herein, when used in capital letters:

    a.  "Collection", "Collected", "Collecting" or "Collect" means accumulation of or accumulated Cord Blood in a container.

    b.  "Cord Blood" means blood or any blood components (including without limitation Stem Cells) collected from a human umbilical cord and/or placenta.

    c.  "Effective Date" means the date noted in the first line of this Agreement.

    d.  "Lawsuit" means PharmaStem Therapeutics, Inc. v. CureSource Inc. et al., United States District Court for the Central District of California, Case No. SACV 04-921 GLT(ANx).

    e.  "PharmaStem's Patents" means U.S. Patents Nos. 5,004,681, 5,192,553, 6,461,645, 6,569,427 and 6,605,275.

2.  **Release and Dismissal.**

    a.  In consideration of the mutual covenants, conditions and agreements contained herein, and subject to the other provisions of this Agreement, PharmaStem hereby fully and forever releases, discharges, and covenants not to sue or otherwise institute or prosecute any legal proceeding against Defendant with respect to any and all liabilities and claims asserted by PharmaStem in the Lawsuit or which could have been asserted by Pharmastem in the Lawsuit relating to the PharmaStem Patents.

    b.  In consideration of the dismissal of the Lawsuit, the mutual covenants, conditions and agreements contained herein, and subject to the other provisions of this Agreement, Defendant hereby (I) agrees not to Collect or offer the service of Collecting Cord Blood in connection with the Unlicensed Cord Blood Banks listed on Exhibit A, and (II) fully and forever releases, discharges, and covenants not to sue or otherwise institute or prosecute any legal, administrative, or other proceeding against PharmaStem with respect to any and all liabilities and counterclaims asserted by Defendant in the Lawsuit or which could have been asserted by Defendant in the Lawsuit.  Nothing in this Agreement shall prohibit Defendant from Collecting or offering the service of Collecting Cord Blood in connection with the Licensed Cord Blood Banks listed on Exhibit B.

Defendant: _____          PharmaStem: _____
       Date: _____                 Date: _____

1



    e.    Upon execution of this Agreement, PharmaStem will file with the Court a stipulation to dismiss all claims against Defendant with prejudice. Each party agrees to bear responsibility for all attorneys' fees, expenses and costs that it has accrued in relation to the Lawsuit.

3.    **Term.** The term of this Agreement shall commence on the Effective Date and terminate on March 9, 2010, unless this Agreement is sooner terminated in accordance with its terms.

4.    **Termination.**

This Agreement may be canceled by either party upon thirty (30) days prior written notice, if the other party is in breach of any of its material obligations hereunder. In the event Defendant Collects or offers the service of Collecting Cord Blood in connection with any of the Unlicensed Cord Blood Banks listed on Exhibit A after the Effective Date of this Agreement, and PharmaStem prevails in an action against Defendant in connection with such event, PharmaStem shall be entitled to its costs of suit and attorneys' fees from Defendant.

5.    **Miscellaneous.**

    a.    Defendant agrees that PharmaStem may disclose to others the existence and nature of this Agreement.

    b.    This Agreement (including the Exhibits attached hereto) shall be deemed to contain the complete and final agreement between the parties, and shall supersede all previous understandings relating to the subject matter hereof, whether oral or written. This Agreement may only be modified by a written agreement signed by duly authorized representatives of the parties.

    c.    This Agreement may be executed in two or more counterparts (including by facsimile), each of which shall be deemed an original, but all of which taken together shall constitute one and the same Agreement. A facsimile copy of any signature shall serve as an original for all purposes.

**IN WITNESS WHEREOF**, the parties hereto have caused this Agreement to be executed on August 18, 2004.

**PHARMASTEM THERAPEUTICS, INC.**

By: _____
    Nicholas V. Didier, its CEO

**Dr. Bruce Hagadorn**

_____

Defendant: _____      PharmaStem: _____

Date: _____           Date: _____

Aug 18 2004 11:21AM  Cbr                         8508351459                    p.6
Aug-18-2004  10:51am  From-COPY CLUB IRVINE          949 978 2727      T-840  P.005/008  F-181

## EXHIBIT A
## UNLICENSED CORD BLOOD BANKS

CorCell, Inc.
Cord Blood Registry, Inc. (d/b/a CBR)
Cryo-Cell International, Inc.
CureSource, Inc.
ViaCell, Inc. (d/b/a ViaCord)

Defendant: _____          PharmaStem: _____

Date: _____                    Date: _____

Aug 18 2004 11:21AM  Cbr                                    8508351459              p.7
Aug-18-2004  10:51am  From-COPY CLUB IRVINE        848 878 2727      T-545  P.008/008  F-181

## EXHIBIT B
## LICENSED CORD BLOOD BANKS

Alpha Cord
California Cryobank
CORD – Cryobank for Oncologic and Reproductive Donors
Cord Partners
Cryobanks International
GeneAngel
HemaStem Therapeutics
LifeBank USA
Nitestor
New England Cord Blood Bank
Newborn Blood Banking
Norton Hospitals/ Family Link
Securacell
StemBanc
StemCyte / Cord Blood Family Trust

Defendant: _____              PharmaStem: _____
    Date: _____                      Date: _____

# **EXHIBIT E**

6774

# PHARMASTEM
### THERAPEUTICS, INC.

Dear Dr. Stephen Turner,                                            August 20, 2004

I am writing to provide an update regarding the recent lawsuits filed across the United States against obstetricians who continue to collect cord blood or market services, including distribution of literature, for the 5 remaining UNLICENSED cord blood banks: ViaCord, CBR (Cord Blood Registry), Cryo-Cell, Corcell and CureSource.

Recently, a lawsuit was filed in the Central District Court of California against obstetricians who are alleged to have collected cord blood and/or marketed services for unlicensed cord blood banks. I am pleased to report that two weeks later, a number of obstetricians have settled with PharmaStem by signing agreements substantially similar to the enclosed Amnesty Agreement.

Four other lawsuits initiated in Boston, Philadelphia, Tampa and San Francisco against certain obstetricians and hospitals also continue to move forward.

PharmaStem will vigorously defend its intellectual property rights against obstetricians if they continue to work with unlicensed cord blood banks. It is PharmaStem's position, as asserted in the recent lawsuits, that obstetricians are liable for patent infringement if they collect cord blood or market services for unlicensed cord blood banks.

**In an effort to avoid legal action from PharmaStem relating to its patents, please review and sign the attached Amnesty Agreement which, in relevant part, provides the following:**

- The obstetrician agrees to stop collecting cord blood or marketing services, including distribution of literature, for unlicensed cord blood banks.

- PharmaStem in exchange covenants not to sue and agrees to release the obstetrician in full from future legal action for past activities.

PharmaStem has currently licensed 15 cord blood banks and urges you to continue the collection of life saving cord blood for your patients by using any of these LICENSED banks:

| | | |
|---|---|---|
| Stembanc | California Cryobank Stem | New England Cord Blood Bank |
| LifeBank USA | Cell Services | Alpha Cord |
| Cord Blood Family Trust | Family Link | Cryobanks International |
| GeneAngel | Cord Partners | CORD |
| Newborn Blood Banking | HemaStem Therapeutics | |
| Securacell | Lifestor | |

To learn more about PharmaStem Therapeutics, its patent portfolio and licensed cord blood banks please visit www.pharmastem.com.

Regards,

*Nicholas Didier*

Nicholas Didier
CEO & President
ndidier@pharmastem.com

| Please review, sign and date enclosed Amnesty Agreement |
|---|

**Please review, fill in date, sign and fax executed Agreement to 914-833-3175
or mail to PharmaStem Therapeutics, Inc., 69 Prospect Avenue, Larchmont, NY 10538**

## AMNESTY AGREEMENT

This is an Agreement (the "Agreement"), entered into as of _____, 2004 "Effective Date", between PharmaStem Therapeutics, Inc., a Delaware corporation located at 69 Prospect Avenue, Larchmont, New York 10538 ("PharmaStem"), and Stephen A Turner, MD   ("Provider"), having an address of ~~2608~~ E Livingston Ave  Columbus, OH 43227-2279, (collectively, the "Parties").

3500

In consideration of the promises and covenants contained herein, the Parties agree to the following Terms and Conditions:

1.    Obligations of the Parties; Release and Dismissal.

     a.   Provider hereby agrees not to collect cord blood or market or offer the service of cord blood collection in connection with the unlicensed cord blood banks listed below:

### UNLICENSED CORD BLOOD BANKS                       AUG 25 2004

| | |
|---|---|
| ViaCord (ViaCell, Inc.)<br>CBR (Cord Blood Registry, Inc.)<br>Cryo-Cell International, Inc. | CorCell, Inc.<br>CureSource |

     b.   PharmaStem hereby covenants not to sue or otherwise institute or prosecute any legal proceeding against Provider with respect to any and all liabilities and claims relating to PharmaStem's U.S. Patent Nos. 6,461,645, 6,569,427 and 6,605,275.

2.    Term. The term of this Agreement shall commence on the Effective Date and terminate on March 9, 2010, unless it is terminated sooner in accordance with paragraph 3.

3.    Termination. PharmaStem may terminate this Agreement upon thirty (30) days prior written notice to Provider, if Provider is in breach of any material obligations hereunder. If, in violation of this Agreement, Provider collects cord blood or markets or offers the service of cord blood collection in connection with any of the unlicensed cord blood banks listed in paragraph 1(a) after the Effective Date, and a legal action is initiated, PharmaStem shall be entitled to its costs of suit and attorneys' fees from Provider.

4.    Miscellaneous.

     a.   The Parties agree that they may disclose this Agreement to others.

     b.   This Agreement is the complete and final agreement between the Parties and can only be modified in writing signed by the Parties, with the exception of the list of unlicensed cord blood banks as it appears in paragraph 1(a) which will be updated when/ if those banks become licensed and will be deemed amended through a posting on PharmaStem's website at www.pharmastem.com under Licensing Program.

     c.   This Agreement may be executed in two or more counterparts (including by fax), each of which shall be deemed an original, but all taken together shall constitute one and the same Agreement. A fax copy or signature shall serve as an original.

PHARMASTEM THERAPEUTICS, INC.                    PROVIDER

Name: Nicholas V. Didier, CEO                    Name: Stephen A Turner, MD

Signature:   Nicholas Didier                     Signature:

Date: August 20, 2004                            Date:

05 - 1 5 6

# **EXHIBIT F**

PharmaStem                                                                                          Page 1 of 15





September 20, 2004
August 23, 2004
August 2, 2004
April 22, 2004
March 12, 2004
March 8, 2004
February 12, 2004
February 4, 2004
January 30, 2004
December 3, 2003
November 4, 2003
September 23, 2003
September 8, 2003
February 20, 2003
November 25, 2002
November 11, 2002
April 3, 2002
February 25, 2002

September 20, 2004

## COURT CONFIRMS VALIDITY AND ENFORCEABILITY OF PHARMASTEM'S PIONEERING CORD BLOOD PATENTS

Wayne, PA, September 20, 2004 - PharmaStem Therapeutics, Inc. announced today that a Federal District Court in the District of Delaware confirmed a Jury's previous findings regarding the validity and enforceability of two of its pioneering patents (U.S. Patent Nos. 5,004,681 and 5,192,553). On October 29, 2003, a Jury in Delaware found that PharmaStem's patents were valid, enforceable and willfully infringed by the defendants ViaCord, CBR (Cord Blood Registry), Cryo-Cell International and Corcell. Nicholas Didier, CEO of PharmaStem Therapeutics, stated, "I am very pleased that the Court has ruled that PharmaStem's patents are valid and enforceable. It is gratifying to know that the innovative advances made by our scientific founders have been recognized by the Court."

With respect to infringement, the Delaware jury found that 100% of the cord blood units collected and stored by defendants infringed the '681 Patent, because the Jury found that 100% of the cord blood units the defendants collected and stored for families had enough stem cells to be therapeutically useful for children and adults. The defendants argued at trial that not all of the cord blood units they stored for families contained enough stem cells for such use. The Court ruled that the evidence "suggests that at least some of the defendants' cord blood units infringe" the '681 Patent, but because of procedural rulings, a partial retrial was needed to determine the defendants' level of infringement and resulting damages. "PharmaStem expects to obtain an injunction prohibiting defendants from collecting and storing cord blood units that have enough stem cells to be therapeutically useful for children and adults," said Mr. Didier.

With respect to the '553 Patent, the defendants alleged at trial that they did not infringe this patent because they did not own the cord blood units, and that only the owner of the units (i.e., the families who bank with the defendants) could be liable for such infringement. The Delaware jury disagreed with the defendants and found that they infringed this patent. The court, however, apparently agreed with the defendants and set aside the jury's verdict based upon its interpretation of infringement as applied to the '553 Patent. PharmaStem believes that the court used an improper legal standard and is confident it will prevail on appeal and the jury's verdict will be reinstated.

PharmaStem's pioneering patents have been recognized by the vast majority of the private umbilical cord blood industry. At this time, 16 of the 20 private cord blood banks operating in the United States have taken a license to PharmaStem's patent portfolio. The only remaining unlicensed banks are the defendants ViaCord, CBR (Cord Blood Registry), Cryo-Cell International and Corcell. PharmaStem has additional patent lawsuits pending against these unlicensed banks.

Contact:
Nicholas Didier