

#16
filed 10/13/04

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PHARMASTEM THERAPEUTICS, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> CORCELL, INC., a Delaware corporation, MOLLY MCBRIDE, MD, an individual, and CARLO M. CROCE, MD, an individual, <br><br> Defendants. <br><br> CORCELL, INC., a Delaware corporation, <br><br> Counterclaim-Plaintiff, <br><br> v. <br><br> PHARMASTEM THERAPEUTICS, INC., NICHOLAS DIDIER and STEMBANC, INC., <br><br> Counterclaim-Defendants. | Civil Action No.:2:04-CV-03561-RK <br><br><br> 05 - 156 |

### PHARMASTEM THERAPEUTICS, INC.'S MOTION TO DISMISS CORCELL, INC.'S COUNTERCLAIMS

Plaintiff PHARMASTEM THERAPEUTICS, INC. ("PharmaStem") hereby moves the Court to dismiss CorCell, Inc.'s ("CorCell") counterclaims against PharmaStem for a lack of subject matter jurisdiction and for failure to state a cause of action. The grounds for this Motion are set forth in the accompanying Memorandum of Law, which is incorporated by reference herein.

DATED: October ___, 2004        By: _____
                                Michael D. LiPuma, Atty. I.D. #74790
                                Law Office of Michael LiPuma
                                Two Penn Center, Suite 200
                                Philadelphia, PA 19102
                                Attorneys for Plaintiff
                                PharmaStem Therapeutics, Inc.

OF COUNSEL:
PAUL J. ANDRE, Bar No. 196585
LISA KOBIALKA, Bar No. 191404
PERKINS COIE LLP
101 Jefferson Drive
Menlo Park, CA 94025-1114
Telephone: (650) 838-4300
Facsimile: (650) 838-4350