UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PHARMASTEM THERAPEUTICS, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>CORCELL, INC., a Delaware corporation, MOLLY MCBRIDE, MD, an individual, and CARLO M. CROCE, MD, an individual,<br><br>    Defendants.<br><br>CORCELL, INC., a Delaware corporation,<br><br>    Counterclaim-Plaintiff,<br><br>v.<br><br>PHARMASTEM THERAPEUTICS, INC., NICHOLAS DIDIER and STEMBANC, INC.,<br><br>    Counterclaim-Defendants. | Civil Action No.:2:04-CV-03561-RK<br><br>05 - 156 |

**[PROPOSED] ORDER GRANTING PHARMASTEM THERAPEUTICS, INC.'S MOTION TO DISMISS CORCELL, INC.'S COUNTERCLAIMS**

AND NOW, this _____ day of _____, 2004, this Court having considered the Motion of PharmaStem Therapeutics, Inc. to Dismiss CorCell, Inc.'s Counterclaims and CorCell, Inc.'s response thereto,

IT IS HEREBY ORDERED AND ADJUDGED as follows:

1. There is not subject matter jurisdiction to support CorCell, Inc.'s first, second and third counterclaims against PharmaStem Therapeutics;

2. CorCell, Inc. has failed to state a counterclaim against PharmaStem Therapeutics, Inc. for federal unfair competition pursuant to 15 U.S.C. § 1125(a)

3. CorCell, Inc. has failed to state a counterclaim against PharmaStem Therapeutics, Inc. for intentional interference with contractual and economic relationships;

4. CorCell, Inc. has failed to state a counterclaim against PharmaStem Therapeutics, Inc. for commercial disparagement/ trade libel;

5. PharmaStem Therapeutics, Inc.'s Motion to Dismiss is granted.

BY:_____
Kelly, U.S.D.J.