UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PHARMASTEM THERAPEUTICS, INC., a Delaware corporation, | |
| Plaintiff, | Civil Action No.:2:04-CV-03561-RK |
| v. | |
| CORCELL, INC., a Delaware corporation, MOLLY MCBRIDE, MD, an individual, and CARLO M. CROCE, MD, an individual, | |
| Defendants. | |
| CORCELL, INC., a Delaware corporation, | |
| Counterclaim-Plaintiff, | |
| v. | |
| PHARMASTEM THERAPEUTICS, INC., NICHOLAS DIDIER and STEMBANC, INC., | |
| Counterclaim-Defendants. | |

**NICHOLAS DIDIER'S MOTION TO DISMISS CORCELL, INC.'S COUNTERCLAIMS**

Counterclaim-Defendant Nicholas Didier hereby moves the Court to dismiss CorCell, Inc.'s counterclaims against Mr. Didier for lack of personal jurisdiction, subject matter jurisdiction, and for failure to state a cause of action. The grounds for this Motion are set forth in the accompanying Memorandum of Law and Request for Judicial Notice, which are incorporated by reference herein. Further grounds for this Motion are set forth in Plaintiff PharmaStem Therapeutics, Inc.'s Motion to Dismiss CorCell, Inc.'s Counterclaims for lack of subject matter jurisdiction and for failure to state a cause of action, filed October 13, 2004 (Docket Entry #16), which is also incorporated by reference herein.

DATED: October 28, 2004        By: _____
                                    Michael D. LiPuma, Atty. I.D. #74790
                                    Law Office of Michael LiPuma
                                    Two Penn Center, Suite 200
                                    Philadelphia, PA 19102
                                    Attorneys for Plaintiff
                                    PharmaStem Therapeutics, Inc.

OF COUNSEL:
PAUL J. ANDRE, Bar No. 196585
LISA KOBIALKA, Bar No. 191404
PERKINS COIE LLP
101 Jefferson Drive
Menlo Park, CA 94025-1114
Telephone: (650) 838-4300
Facsimile: (650) 838-4350

NICHOLAS DIDIER'S MOTION TO DISMISS CORCELL'S COUNTERCLAIMS