UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PHARMASTEM THERAPEUTICS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>CORCELL, INC., a Delaware corporation, MOLLY MCBRIDE, MD, an individual, and CARLO M. CROCE, MD, an individual,<br><br>Defendants.<br><br>CORCELL, INC., a Delaware corporation,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>PHARMASTEM THERAPEUTICS, INC., NICHOLAS DIDIER and STEMBANC, INC.,<br><br>Counterclaim-Defendants. | Civil Action No.:2:04-CV-03561-RK |

REQUEST FOR JUDICIAL NOTICE

Counterclaim-Defendant Nicholas Didier, by and through his attorneys, hereby requests the Court to take judicial notice, pursuant to Rule 201 of the Federal Rules of Evidence,[1] of the following facts:

1. Attached hereto as Exhibit 1 is a true and correct copy of relevant portions of the docket in *PharmaStem Therapeutics, Inc. v. ViaCell, Inc., et al.*, C.A. No. 02-148-GMS (D.Del. filed Feb. 22, 2002)("Delaware action"), *available at* http://pacer.ded.uscourts.gov/dc/cgi-bin/pacer740.pl (last visited Oct. 20, 2004).

---

[1] A court shall take judicial notice of facts not subject to reasonable dispute in that they are capable of accurate and ready determination by resort to sources whose accuracy cannot be reasonably questioned, if requested by a party and supplied with the necessary information. Fed. R. Evid. 11.

2.  Attached hereto as Exhibit 2 is a true and correct copy of the [Proposed] Order, accompanied by Certificate of Service, submitted by the defendants in the Delaware action on June 30, 2004.

3.  Attached hereto as Exhibit 3 is a true and correct copy of a transcript of the telephone conference held before the Honorable Gregory M. Sleet, U.S.D.C.J., presiding over the Delaware action, on August 6, 2004.

DATED: October 28, 2004          By: _____
                                 Michael D. LiPuma, Atty. I.D. #74790
                                 Law Office of Michael LiPuma
                                 Two Penn Center, Suite 200
                                 Philadelphia, PA 19102
                                 Attorneys for Plaintiff
                                 PharmaStem Therapeutics, Inc.

OF COUNSEL:
PAUL J. ANDRE, Bar No. 196585
LISA KOBIALKA, Bar No. 191404
PERKINS COIE LLP
101 Jefferson Drive
Menlo Park, CA 94025-1114
Telephone: (650) 838-4300
Facsimile: (650) 838-4350